

1  GEORGE F. X. ROMBACH, PhD, JD, CPA,
2  DOUGLAS V. GIBBS, and
   DENNIS R. JACKSON
3  27636 Ynez Road, Suite L-7 #111
   Temecula, CA  92591
4  (949) 500-1850
5  gfxr@yahoo.com
   *Plaintiffs, In Propria Persona*
6

**FILED**

Dec 07 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ soniad        DEPUTY

7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  CONSTITUTION ASSOCIATION, INC., by
    its founders,  GEORGE F. X. ROMBACH
13  and  DOUGLAS V. GIBBS  as well as its
    v.p. DENNIS R. JACKSON,  and B. GREEN,
14  R. HANDY, A. HURLEY, R. HVIDSTON,
    R. KOWELL, H. LEWIS, C. MONGIELLO,
15  R. REISS, L. REYES, J. SCARAFONE,
    R. SHORT, S. ST JOHN, L. STUCKY,
16  J. YATES and T. EVANS

17          Plaintiffs,

18

19          vs.

20

21  KAMALA DEVI HARRIS,

22          Defendant.

23  _____

24

25  ///

26  ///

27  ///

28

Case No.  **'20 CV 2379 TWR BLM**

**VERIFIED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF**

Judge:

Department:

Complaint Filed:   December __, 2020

i.
Complaint for Declaratory and Injunctive Relief

# TABLE OF CONTENTS

TABLE OF AUTHORITIES                                           3

JURISDICTION AND VENUE                                        7

PARTIES                                                        7

STANDING                                                      11

INTRODUCTION                                                  13

REQUIREMENTS TO SERVE                                         16

NATURAL BORN CITIZEN                                          17

OTHER CITIZENS AT BIRTH                                       36

LACK OF ELIGIBILITY                                           39

CONCLUSION                                                    41

PRAYER FOR RELIEF                                             42

VERIFICATION                                                   1

# TABLE OF AUTHORITIES

CONSTITUTION OF THE UNITED STATES OF AMERICA:

Article. I. Section. 2. ............................................................... 16

Article. I. Section. 3. ............................................................... 17

Article. I. Section 8. ............................................................... 25

Article. II. Section. 1.          7, 10, 12, 14, 16, 17, 18, 24, 30, 35, 36, 37, 38, 41, 42, 43

Article. V. ................................................................. 7, 24, 25

Article. VI. ...................................................................... 15

Amendment. I. .................................................................... 13

Amendment. V. ............................................................... 14, 30

Amendment. IX. ............................................................... 7, 13

Amendment. X. ............................................................ 7, 10, 42

Amendment. XII. ........................................................ 11, 12, 35, 41

Amendment. XIII. ............................................................. 37, 38

Amendment. XIV.                    22, 32, 35, 36, 37, 38, 39, 40, 42 43

CASES OF THE SUPREME COURT OF THE UNITED STATES:

**Chisholm v. Georgia**, 2 U.S.(2 Dall.) 419 (1793) ........................ 14

**Citizens United v. Federal Election Commission** 558 U.S. 310 (2010) ... 13

**Dred Scott v. Sandford**, 60 U.S. (19 How.) 393 (1857) ............ 31, 32, 37

Elk v. Wilkins, 112 U.S. 94 (1884)                                                    39

Minor v. Happersett , 88 U.S. 162, 167-168 (1875)                          27, 32, 37

Shanks v. Dupont, 28 U.S. 3 Pet. 242 245 (1830)                              31

The Slaughter-House Cases, 83 U.S. 36, 73 (1872)                       38

United States v. Wong Kim Ark, 169 U.S. 649, 702 (1898)         32, 37

United States Term Limits v. Thornton, 514 U.S. 779, 790 (1995)     34

The Venus, 12 U.S. (8 Cranch) 253, 289 (1814)                            30


OTHER CASES:

Calvin v. Smith, 77 Eng. Rep. 377 (K.B. 1608),                            18

Rutgers v. Waddington (New York Mayor's Court, 1784)           33


UNITED STATES CODE:

28 U.S.C. § 1343(a)(3)                                                                    7

28 U.S.C. § 1343(a)(4)                                                                    7

28 U.S.C. § 1391(e)                                                                        7

28 U.S.C. § 2201(a)                                                                        7

28 U.S.C. § 2202                                                                            7

28 U.S.C. § 1331                                                                            7

28 U.S.C. § 1346(a)(2)                                                                    7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Complaint for Declaratory and Injunctive Relief

INTERNAL REVENUE CODE:

    Section 501(c)(3)                                                 8


OTHER STATUETS:

    Naturalization Act of 1790 (1 Stat.103,104)             22, 33


OTHER AUTHORITIES:

**The Law of Nations**, Emmerich de Vattel,
    English translation of 1797     20, 21, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 39

**Constitution of Jamaica**, Chapter 2, Section 3C "Citizenship by Descent"   40

Justice Louis D. Brandeis, statement       15

Justice Antonín Scalia, address to the 2008 Annual National Lawyers Convention   24

Benjamin Franklin, letter to Charles Dumas  (1775)     20

*A Dissertation on the Manner of Acquiring the Character and Privileges of a*
    *Citizen of the United States*, David Ramsay, M.D. (1789)     28

*How George Washington racked up a $300,000 fine for overdue library books*,
    Article by Marjorie Kehe (2010)     26

Douglas V. Gibbs,     *A Promise of American Liberty*     22
                        *25 Myths of the United States Constitution*   15, 22
                        *7 Worst Constitutional Liars*   23

James Madison's Notes of the Constitutional Convention (1787)   18, 22

Complaint for Declaratory and Injunctive Relief

John Jay,  letter to  George Washington  (1787)                                     25

*Joseph Story, Commentaries on the Constitution* 3:Sec 1472-73 (1833)          19

Max Farrand's transcripts of **Madison's notes** (1787)                         18, 27

Robert G. Natelson,  The Original Constitution; What it Said and Meant
     Original (2010) and Third Edition (2015)                          18, 22

*Thomas Jefferson: Declaration of Independence,* (1776)        13, 14, 20, 23, 28, 29

Thomas Paine, statement (1791)                                                   27

*Publications of The Colonial Society of Massachusetts*, Volume XX              20

Plaintiffs allege as follows:

## JURISDICTION AND VENUE

1. This action is founded upon the Constitution of the United States of America. As such, this Court has jurisdiction over Harris under 28 U.S.C. § 1346(a)(2).

2. This is a civil action claiming violations of Article. II. as well as the Article. V. and the Ninth and Tenth Amendments of the Constitution of the United States of America. As such, this Court has jurisdiction under 28 U.S.C. § 1331.

3. This action seeks declaratory relief. As such, this Court has jurisdiction under 28 U.S.C. § 2201(a) and 28 U.S.C. § 2202.

4. This action seeks injunctive relief. As such, this Court has jurisdiction under 28 U.S.C. § 1343(a)(3) and 28 U.S.C. § 1343(a)(4).

5. This is a civil action in which a candidate for an Office of the United States seeks to act in an official capacity or under color of legal authority, which activity is occurring partially in this judicial district. The defendant presently serves as a United States Senator for the State or California, whose jurisdiction is entirely within the Ninth Circuit and includes within it this judicial district and this division. All the plaintiffs are reside or located within the Ninth Circuit and in this judicial district and in this division; and one of the plaintiffs was incorporated in the Tenth Circuit. No real property is involved in this action. Venue is therefore proper under 28 U.S.C. § 1391(e).

## PARTIES

6. Plaintiffs, and each of them, are located in the sovereign nation of the United States of America (hereinafter referred to as the "United States") and subject to the total jurisdiction thereof.

7. Plaintiffs who are individuals and have served in the military forces of the United States, public office, or public servants are bound by an Oath to support the Constitution and this action is brought pursuant thereto.

8. Constitution Association, Inc., by its founders, (hereinafter referred to the "Association" and within the collective terms "Plaintiff" or "Plaintiffs") is a Plaintiff formed as a nonprofit corporation pursuant to the laws of the State of Wyoming by persons among "We the People" on the 23rd day of July, 2015 and exempt from federal income tax as of that date under Internal Revenue Code Section 501(c)(3), and has offices within the County of Riverside, California. The Association was formed for the purposes of educating persons on the Constitution and to serve as a watch dog over the adherence to its terms. The unconstitutional candidacy of Defendant has caused the Association to engage in making unexpected expenditure of money and volunteer time that we were unable to expend legitimate educational activities. A copy of a Certificate of Good Standing of the Association is filed concurrent hereto as Exhibit "A" and incorporated herewith.

9. George F.X. Rombach (hereinafter referred to as "Rombach" and within the collective terms "Plaintiff" or "Plaintiffs") is a Plaintiff in this action and a natural born citizen of the United States born on the 17th day of December, 1944 in Detroit, Michigan. Rombach was a co-founder and incorporator of the Association as well as the person who qualified it as a tax exempt organization. He currently serves as a director and the chief financial officer of the Association. Further, he is a veteran of service in the military forces of the United States, and an instructor of the Constitution. He has had to expend money and time dealing with the unconstitutional candidacy of Defendant rather than the legitimate educational activities of the Association. During his lifetime,

Rombach has been domiciled in the States of Michigan, New York, Missouri, Connecticut, New Jersey, California, Kentucky, Indiana, Arizona and Wyoming, and is currently registered to vote in the County of Riverside, California.

10. Douglas V. Gibbs (hereinafter referred to as "Gibbs" and within the collective terms "Plaintiff" or "Plaintiffs") is a Plaintiff in this action and a natural born citizen of the United States born on the 23rd day of April, 1966 in Redondo Beach, California. Gibbs was a co-founder of the Association, and currently serves as a director and the president thereof. He is a veteran of service in the military forces of the United States. Further he is an instructor of the Constitution and a radio commentator thereon. He has had to expend time dealing with the unconstitutional candidacy of Defendant rather than the legitimate educational activities of the Association. During his lifetime, Gibbs has been domiciled in the States of California and Oregon, and is currently registered to vote in the County of Riverside, California.

11. Dennis R. Jackson (hereinafter referred to as "Jackson" and within the collective terms "Plaintiff" or "Plaintiffs") is a Plaintiff in this action and a natural born citizen of the United States born on the 19th day of July, 1950 in Los Angeles, California. Jackson currently serves as a director and the vice-president of the Association. He has had to expend time dealing with the unconstitutional candidacy of Defendant rather than the legitimate educational activities of the Association. During his lifetime, Jackson has been domiciled in the States of California, Hawaii, Utah and Texas, and is currently registered to vote in the County of Riverside, California.

12. B. Green, R. Handy, A. Hurley, R. Hvidston, R. Kowell, H. Lewis, C. Mongiello, R. Reiss, L. Reyes, J. Scarafone, S. St John, L. Stucky, J. Yates and T. Evans (hereinafter referred to within the collective terms "Plaintiff" or "Plaintiffs") are

Plaintiffs in this action, citizens of the United States, and are presently domiciled within and are currently registered to vote within the Districts of California.

13. R. Short (hereinafter referred to within the collective terms "Plaintiff" or "Plaintiffs") is a Plaintiff in this action, citizen of the United States, and is presently domiciled within and are currently registered to vote within the Washington D. C.

14. Amendment. X. of The Constitution provides that:

> "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or **to the people.**" *(emphasis added)*

15. Kamala Devi Harris [Plaintiffs are informed and do verily believe, and based thereon allege that her middle name was originally "Iyer" and changed to "Devi"] (hereinafter referred to as "Harris") is the Defendant in this action in her personal capacity and not in any official capacity, and was born on the 20th day of October, 1964 in Oakland, California. Harris is presently the nominee of the Democratic Party for the office of Vice-President of the United States pursuant to Article. II. Section. 1. of The Constitution. She accepted that nomination on the 19th day of August, 2020. A copy of a Certificate of Live Birth of Harris is filed concurrent hereto as Exhibit "B" and incorporated herewith.

16. Donald J. Harris (hereinafter referred to the "Father of Harris") was a citizen of Jamaica at the time of the birth of Harris. Plaintiffs are informed and do verily believe, and based thereon allege that, at the time of the birth of Harris, the Father of Harris was in the United States as a temporary visitor on a student visa and was not otherwise a lawful permanent resident, and was not, and never has been, a citizen of the United States.

/././

17. Plaintiffs are informed and do verily believe, and based thereon allege that Shyamala (nmn) Gopalan (hereinafter referred to as the "Mother of Harris") was a citizen of India at the time of the birth of Harris. The Certificate of Live Birth of Harris, attached hereto as Exhibit "B", show the names in reverse, but all other sources show the names as alleged, accordingly Plaintiffs believe, and based thereon allege that there is an error made in the preparation of said Certificate. Further, Plaintiffs are informed and due verily believe, and based thereon allege at the time of the birth of Harris, the Mother of Harris was in the United States as a temporary visitor on a student visa and was not otherwise a lawful permanent resident, and was not a citizen of the United States, however, many years after the birth of Harris, the Mother of Harris did apply and was granted United States citizenship.

18. Neither the Mother of Harris nor the Father of Harris (hereinafter collectively referred to as the "Parents of Harris") were citizens of the United States when Harris was born.

**STANDING**

19. Plaintiffs, and each of them, maintain standing based on actual injury. Such injury accrues from the failure of Harris to be legally qualified to hold the office for which she is a candidate. Such injury consists of the inability of Plaintiffs, the Association and its principal officers, to effectively or rationally fulfill one of their core principles, electing candidates who will support and defend the Constitution, a critical piece of that advocacy consisting of knowing if candidates are even constitutionally eligible.

20. It is a necessity for political advocacy in support of the Constitution to know what the eligibility requirements for the office of President and Vice-President of the United States mean and that candidates meet those requirements, and it is a right of every

American citizen to clearly know what the constitutional eligibility requirements are for the highest political offices in the land.

21. While the Framers of the Constitution clearly understood the meaning of the words "**natural born Citizen**" and the eligibility requirements to serve in those offices as set in Article. II., they wrote them, and for more than the first hundred years the U.S. Supreme Court applied the same meaning of those words. However, the meaning of the words "**natural born Citizen**" has never been adjudicated by the U.S. Supreme Court. As a result, there are persons that have sought to redefine the eligibility requirements for their own purposes. It has gone on not only in this presidential election but in the three previous elections. Such confusion on this issue directly impacts the ability of Plaintiffs, and each of them,  to fulfill their purpose.

22. Plaintiffs, and each of them, are informed and do verily believe, and based thereon allege that Harris did not follow the requirements of the Constitution, when she accepted the nomination to run for Vice-President, as to whether or not she was legally qualified to hold the office for which she became a candidate.

23. Under the law, Plaintiffs, and each of them, have the responsibility to ensure that all candidates be legally qualified to hold the office for which they are a candidate; the vagueness of the constitutional eligibility requirement that a presidential candidate, and candidate for Vice President by virtue of the Twelfth Amendment, be a "**natural born Citizen**", which is why this action has been brought.

24. The meaning of  that the candidate be a "**natural born Citizen**", has eligibility requirement for President and Vice- President of the United States, been the subject of national debate.

/././

25. In *Citizens United v. Federal Election Commission* 558 U.S. 310 (2010) a landmark

decision of the Supreme Court, the court stated the following:

> "The First Amendment does not permit laws that force speakers to retain a
> campaign finance attorney, conduct demographic marketing research, or seek
> declaratory rulings before discussing the most salient political issues of our day.
> Prolix laws chill speech for the same reason that vague laws chill speech: People
> 'of common intelligence must necessarily guess at [the law's] meaning and differ
> as to its application.'"

26. The voices of Plaintiffs, and each of them, criticizing Harris on this issue have been

met with charges of racism and conspiracy, rather than any attempt to address the

actual issue, accompanied by significant threats of violence.

27. Plaintiffs, and each and every one of them, have had their voting rights disenfranchised or

diluted when Harris sought the office Vice- President of the United States, for which she is

not eligible, which violates their rights under Amendment. IX.

28. Additionally, Plaintiffs, and each of them, have sustained injury from wasted resources

in carrying on their basic goals, as well as injury consisting of the costs expensed in

bringing this complaint to settle an issue central to political advocacy which has been

created by the activities of Harris and others.

## INTRODUCTION

29. "Governments are instituted among men, deriving their just powers from the consent of

the governed." (*Thomas Jefferson: Declaration of Independence, 1776*).

30. Under our Constitutional Republic form of government, which adheres to the rule of

law, not even the President, Vice-President, or other candidates therefore are above the

law.

31. Plaintiffs are informed and do verily believe, and based thereon allege that no court of

the United States has ever decided the merits of any legal action against a Presidential

or Vice-Presidential candidate challenging their eligibility to be President or Vice-President based on the "**natural born Citizen**" requirement of Article. II. Section. 1. of the United States Constitution.

32. The sovereign power in our constitutional republic lies with the people and the Constitution established to limit the power of the Federal government. *See Chisholm v. Georgia*, 2 U.S.(2 Dall.) 419 (1793)  The Plaintiffs, and each of them, are subject to the executive power vested in the President and Vice President of the United States who serving pursuant to Article. II. Section. 1. of The Constitution of the United States of America (hereinafter referred to the "Constitution") and they, as well as all other citizens of the United States, would be harmed by any person purporting to serve in the positions of President or Vice President who are NOT qualified to serve in such positions pursuant to the Constitution and are harmed by Harris's actively seeking election to the office of Vice President if she is not eligible therefore.  Further, Harris has violated Plaintiffs' Fifth Amendment due process rights to life, liberty, safety, security, tranquility and property by refusing to conclusively prove that she is a "**natural born citizen**" or otherwise qualified to serve as Vice President of the United States.  The Declaration of Independence recognizes these rights as "unalienable" and as having been endowed upon an individual by his or her "Creator".  The Constitution recognizes those rights NOT as being abstract or theoretical rights but rather as concrete and real and needing protection as part of the essence of a person's being.

33. The writing of the Constitution was completed in convention by the unanimous consent of the States present and signed by delegates to the Constitutional Convention

on the 17th day of September, 1787;  ratified by the ninth State, which was required for the establishment of the government, on the 21st day of June, 1788;  and, by agreement, government started thereunder on the 4th day of March, 1789.  It provides in the second paragraph of Article. VI. thereof as follows:

> "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." *(emphasis added)*

Any person who actively seeks, or serves in, any office provided for in the Constitution who is not qualified therefore violates the "supreme Law of the Land", and harms and damages every citizen of the United States and every entity formed pursuant to the laws of the several States thereof.

34. Associate Justice of the Supreme Court of the United States <u>Louis D. Brandeis</u> stated that "The most important political office is that of the **PRIVATE CITIZEN**". *(emphasis added)*  That is reflective that the government of the United States was formed by, and for, "We the People" based on the rights granted by our Creator.  The ultimate duty and responsibility for said government falls to the people.

35. In his first book *25 Myths of the United States Constitution* Gibbs, an author and educator of the Constitution, addressed the topic of whether or not "Being Born in the United States Satisfies the Definition of Natural Born Citizen" in Myth #19 (103-106) stating:

> "When the "birthers" questioned Barack Obama's eligibility to be President of the United States during the 2008 Presidential Election, the debate circled around whether or not he was born in Hawaii as he claimed.  Once a birth certificate was produced, 'valid or not,' the big voices determined that the debate was over, because Obama's birth in Hawaii was proof enough that he is a natural born citizen. The problem is, however, his place of birth alone is not the determining factor regarding his eligibility."

When the actions against him were dropped, Barack Obama had already been sworn in and immunity had attached.   In 2016, when United States Senators Ted Cruz and Marco Rubio as well as Governor Bobby Jindal sought the Republican nomination for President of the United States, the Plaintiffs were prepared to file an action for them not being eligible for that office in that none of them were was a **natural born Citizen**. However, Plaintiffs believed that the cause of action had not ripened in that none of them had been offered the nomination.   Then in 2020 when Harris was nominated to run for Vice President of the United States her eligibility to serve was NOT vetted by the federal or any state governments, nor either major political party, the duty to do so is ultimately that of "We the People", and not just in the ballot box.   In that in each and every one of the last four presidential elections politicians have sought to redefine the eligibility requirement of **natural born Citizen** for their own personal gain and attempt to amend the Constitution by non-constitutional means, it is time to resolve the issue.   The Plaintiffs ask,  "If not you – Then who".   Accordingly, this action has been brought.

## REQUIREMENTS TO BE ELIGIBLE TO SERVE

36. Article. II. Section. 1. of The Constitution requires that:

> "No person except a **natural born Citizen**, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States." *(emphasis added)*

37. Article. I. Section. 2. of The Constitution requires that:

> "No person shall be a Representative who shall not have attained to the Age of twenty five Years, and been **seven Years a Citizen of the United States**, and who

shall not, when elected, be an Inhabitant of that State in which he shall be chosen." *(emphasis added)*

38. Article. I. Section. 3. of The Constitution requires that:

"No person shall be a Senator who shall not have attained to the Age of thirty Years, and been **nine Years a Citizen of the United States**, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen." *(emphasis added)*

39. The Constitution requires that Representatives, Senators and the President all be Citizens of the United States, and by the differences in citizenship requirements, the Framers clearly required different levels of allegiance for each office.

40. In that the Constitution requires for both Representatives and Senators a term of citizenship substantially shorter than their respective age requirements, the Constitution expressly contemplates that Representatives and Senators are NOT required to be citizens at birth. Article. II. does NOT make such a provision as to the President, which clearly establishes the requirement to be born in the United States.

41. Alexander Hamilton suggested that simply being "born a Citizen" was sufficient for the Presidential eligibility clause and the Framers did not adopt this less restrictive term for a person who could be the President and Commander in Chief once the founding generation had passed and set the highest requirement of natural born citizen.

## NATURAL BORN CITIZEN

42. The meaning of the term **"natural born Citizen"**, which is a part of the eligibility requirement for President and Vice- President of the United States set forth the of Article. II. of the Constitution, is at the very core of this action.

43. When determining the meaning of the term **"natural born Citizen"** one must look to the meaning that the **Framers gave to those words when they used them in drafting**

-17-

Complaint for Declaratory and Injunctive Relief

**the Constitution** and when they signed it, as well as the meaning the **People had when the Constitution was ratified**.

44. The Framers did not provide for a definition of the term "natural born Citizen" within the Constitution itself. As such one must look elsewhere for the meaning of the term.

45. James Madison, who has been hailed as the "Father of the Constitution" for his pivotal role in drafting and promoting the Constitution, is also known for his detailed Notes of the Constitutional Convention. However, there was very little discussion of **"natural born Citizen"** in Madison's Notes. The only dates where it is even brought up is September 4 and 7 of 1787 (https://avalon.law.yale.edu/18th_century/debates_904.asp and https://avalon.law.yale.edu/18th_century/debates_907.asp). Plaintiffs are informed and do verily believe, and based thereon allege that this was because it was totally agreed upon, and understood, so no debate ensued.

46. Although the Framers were seeking to break from English common law and favored the concepts of natural law, having been British subjects the term "natural born subject" that English concept came from Calvin's Case, [Calvin v. Smith, 77 Eng. Rep. 377 (K.B. 1608), also known as the *Case of the Postnati*]. The English court held that "natural born subjects" were those who owed allegiance to the king at birth under the "law of nature". The court concluded that under natural law, certain people owed duties to the king, and were entitled to his protection, even in the absence of a law passed by Parliament. The roots of United States conceptions of birthright citizenship, **"natural born Citizen"**, can, at least in part, be attributed to England's past.

47. Robert G. Natelson, a constitutional scholar, in his publication *The Original Constitution; What it Said and Meant* held that:

///

"We know exactly what the founders meant by the Phrase "natural born citizen" because they adapted it from the English term "natural born subject"; which in Britain defined who could serve in Parliament or The Privy Council."

48. The Framers had a further purpose of the "**natural born Citizen**" clause which was to totally **EXCLUDE** foreign influence from the Office of President and Commander in Chief. It "cuts off all chances for ambitious foreigners, who might otherwise be intriguing for the office; and interposes a barrier against those corrupt interferences of foreign governments ..." *(Joseph Story, Commentaries on the Constitution 3:Sec 1472-73 (1833).)*.

49. As a matter of fact, the possibility of any legal acceptance of divided allegiance was explicitly rejected in a report issued by the House of Representatives in 1874: "The United States have not recognized a 'double allegiance.' By our law a citizen is bound to be 'true and faithful' alone to our government." The practical effect of that proclamation is that in order to be a "natural born citizen" of the United States, one would have to be free from a competing claim for allegiance from another nation.

50. Plaintiffs are informed and do verily believe, and based thereon allege that the Framers did not desire to have foreigners with divided loyalties to be President, and set the highest requirement of "**natural born Citizen**" on the President to guarantee that would not happen. They wanted a chief executive officer who inherited his citizenship from American parents and was fully committed by blood and soil to the new nation without any taint or possibility of foreign influence or loyalty, thus guaranteeing national security. They had just been at war in their own country with the most powerful nation in the world at the time and were very concerned about loyalty and security.

///

51. Benjamin Franklin was familiar and well versed with the writings of Vattel.  He had his own personal copy of his treatise prior to the start of the Revolution.  And on December 9, 1775, Franklin sent a letter to Charles Dumas thanking him for sending Franklin three copies of the newest edition of Vattel.  Franklin commented to Dumas that his personal copy was in heavy demand by the other delegates to the Continental Congress during 1775.  Dumas also made comments in his writings to Franklin about Vattel's enlightened writings and vision for a new form of government for a nation where the people were sovereign and the unique opportunity for its application to the affairs in the American Colonies.  Thus, it is quite evident that our Founders read and used Vattel extensively.  A copy of a transcript of the letter from Franklin to Charles Dumas thanking him for sending the books is filed concurrent hereto as Exhibit "C" and incorporated herewith.  See also a copy of *Publications of The Colonial Society of Massachusetts*, Volume XX, Pages 5, 6 and 9 is filed concurrent hereto as Exhibit "D" and incorporated herewith as to Franklin's letter to Dumas as well as the distribution of Vattel's treatise during colonial times.

52. A founding father, first Secretary of State and third U.S. President, Thomas Jefferson was tasked with primary responsibility for drafting the Declaration of Independence and used his personal copy of the new 1775 edition of Vattel's The Law of Nations or Principles of Natural Law to write that Founding Document.  If you read it along side of Vattel's Law of Nations, Volume 1, you can see where he got his inspiration for many of the words and concepts.  Jefferson was also very influential in the creation of the Constitution.  Quotations such as the unalienable rights of "life, liberty, and the pursuit of happiness," "Laws of Nature" and concepts for a new "more perfect" form of government with a written Constitution and independent Judiciary and the

sovereignty of the People come from Vattel's Law of Nations or Principles of Natural Law and other writings were he wrote that government should always be striving to perfect itself to better serve the people.

53. The Constitution does not in words say who shall be a "**natural born Citizen**". Because the term is not expressly defined in the Constitution, people have recently sought to define, or redefine, the meaning of "**natural born Citizen**" to whatever they like. This is NOT appropriate because the Framers intended the words to have a particular meaning and context. Plaintiffs are informed and do verily believe, and based thereon allege that the Framers did not define the term in the body of the Constitution because it was at that time generally understood the definition was **'children born in the country of parents who are citizens of that country at that time'**. Before the Constitution was written, the most contemporaneous historical reference we have to the meaning of "**natural born Citizen**" is from a three volume political treatise on Natural Law and the establishment of republican government that was well-known and beloved by the Framers of the Constitution, which was written by Emmerich de Vattel. From letters and other documents, we know that Vattel's work was studied in the universities and by those of learning. There should be no doubt as to the meaning of the term **natural born citizen** but since the term is an objective qualification and requirement of serving in the office of President, it is important to understand what the term means.

54. **The Law of Nations** was written by Emmerich de Vattel, a Swiss-German philosopher of law. In that book, the following definition of a 'natural born citizen' appears, in Book I, Chapter 19, § 212, of the English translation of 1797 (p. 110):

///

*"§ 212. Citizens and natives.*

The citizens are the members of the civil society: bound to this society by certain duties, and subject to its authority, they equally participate in its advantages. **The natives, or natural-born citizens, are those born in the country, of parents who are citizens.** As the society cannot exist and perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their fathers, and succeed to all their rights." *(emphasis added)*

55. In his Third Edition of *The Original Constitution; What it Said and Meant* Robert G. Natelson indicated in Footnote No. 377 that, in response to comments that he had made reference to Vattel, that if Vattel's was applied some candidates for the presidency would be disqualified. Plaintiffs are informed and do verily believe, and based thereon respectfully allege that is exactly what the Framers intended by raising the parent requirement of just the father to both parents.

56. In his authoritative text on the Constitution *A Promise of American Liberty* Gibbs states at pages 349-350:

"Natural Born Citizen: There are different kinds of citizenship. Native born citizenship is normally given to those born on American soil to at least one American Parent. According to the Citizenship Clause in the Fourteenth Amendment, loyalty to the United States would also need to be a factor. A citizen may also gain their citizenship through legal means, known as naturalization. However, according to Article II, to be qualified to hold office as President of the United States, one needs to be a Natural Born Citizen. According to Vatell's Law of Nations, the Immigration and Naturalization Act of 1790, and the opinion of Chief Justice Morrison Waite in the 1875 Minor v. Happersett case, to be a Natural Born Citizen one's parents both need to have been citizens at the time of birth of the child. In the case of Barack Obama, he could have been born on the front steps of the White House and not been a Natural Born Citizen by his own admission."

57. On that issue in the *25 Myths of the United States Constitution* Gibbs stated:

"The rationale behind the definition of Natural Born Citizen was to alleviate fears that foreign aristocrats would come to America and use their wealth to impose a monarchy upon the United States, or that the president would have divided allegiances to the nations of his parent's citizenship should they not be under America's full jurisdiction at the time of the birth of the child. The Tories, loyalists to The Crown who did not approve of the American Revolution, tended to be the children of at least one parent from Britain. The definition of Natural Born Citizen requiring both parents to be citizens at the time of birth ensured that most loyalists would not be eligible to become Commander in Chief. The Framers of the

-22-
Complaint for Declaratory and Injunctive Relief

Constitution wished to maintain that candidates for President of the United States maintained a "full allegiance to America."

58. In *7 Worst Constitutional Liars* (183) Gibbs also stated:

> "My response to that woman at the automobile repair shop who asked me about my feelings regarding a constitutional professor being elected President of the United States was a shock to her. I said that "Obama's anti-American and anti-Constitution belief system is hardly what I would expect from a so called constitutional law professor. Then again, if he truly understood the U.S. Constitution, and its definitions, he would also have known that he was not eligible for the office of the President of the United States in the first place; not because of where his birth certificate says he was born, but because according to the definition of Natural Born Citizen at the time of the writing of the Constitution, it was clear that to be eligible to be a candidate for the
> President of the United States one needed to have both parents as citizens of the United States at the time of birth of the child."

59. Although the Framers knew what a **natural born Citizen** was, they also knew it was not possible to satisfy that requirement when the Constitution was established since they were not **natural born Citizens** in that everyone born prior to the Declaration of Independence was born a subject of the King of England, and not a citizen. The Framers, along with their fellow countrymen, were transformed, or naturalized, into citizens by means of the Declaration of Independence as of the 4th day of July, 1776. Prior to that date there were no citizens. Therefore, the Framers had a choice  1) to wait twenty-four years until the first **natural born citizen** had reached the age requirement  or 2) to grandfather themselves, along with their fellow countrymen, into the requirement.  They chose the latter in order to have the office of President function.

60. Therefore, our first presidents were simply eligible because they were citizens at the time of the adoption of the Constitution.  However, after that first generation of eight Presidents, all subsequent Presidents were required to be "**natural born Citizens**".

/ / /

61. When interpreting the Constitution, we must decide whether we will look to the document as an original and static one whose meaning has already been established at a given time by the People and its Framers or one that is living and which can be changed over any given time by a court of law. The Plaintiffs submit that the Framers provided for the living nature of the Constitution by ability to Amend and change it pursuant to Article. V. thereof, which the judiciary does not have authority to do. Natural Law, which we received from our Creator, is not subject to amend-ment. Accordingly, the Constitution, as amended, should be looked at as an original whose meaning has already been established. See the address of Justice Antonin Scalia to the 2008 Annual National Lawyers Convention, at the Mayflower Hotel, in Washington, D.C. (http://www.fed soc.org/publications/pubid.1193/pub_detail.asp). He submitted that the "**natural born Citizen**" clause of Article. II. has a fixed and knowable meaning which was established at the time of its drafting and should therefore be interpreted through the eyes of the original Framers that drafted and ratified the clause so as to determine what they originally intended the clause to mean (original intent theory). He also submitted that we should interpret the "**natural born Citizen**" clause in a way that reasonable persons living at the time of its adoption would have declared the ordinary meaning of the text to be. This is not living constitutionalism but rather originalism or textualism as applied to interpreting the Constitution. Accordingly, we will proceed to determine what a reasonable person living at the time would have determined the meaning to be.

62. According to the testimony of Benjamin Franklin, during the Constitutional Convention the Framers did not invent the notion '**natural born citizen**'; they were merely applying the Law of Nature to questions of citizenship as set forth by Vattel in

his publication entitled, **The Law of Nations**.  The Framers were consulting at least three copies of Vattel's publication, which they had in their possession, when they wrote the Constitution.

63. In fact, in a letter from the negotiator and signatory of the Treaty of Paris of 1783, a Framer of the Constitution and the future first Chief Justice of the Supreme Court of the United States, John Jay, to George Washington dated the 25th July 1787, during the Constitutional Convention, expressed that there should be a "strong check to the admission of foreigners into the administration of our national government" and the term '**natural born citizen**' first appears.  Jay expressly declares "that the command-in-chief of the American army **shall NOT** be given to nor devolve on any but a '**natural born citizen**'." *(emphasis added)*  A copy of a transcript of the letter of John Jay dated 25th July 1787 as maintained in the *Jay the Correspondence and Public Papers of John Jay* vol 3 (1782-1793) is filed concurrent hereto as Exhibit "E" and incorporated herewith.

64. Thus, it is quite evident that our Founders read and used Vattel extensively, and the very concerns of our first Chief Justice could be realized on the nation which he was part of founding, *i.e.* Harris being a citizen at birth of a foreign nation (Jamaica) and NOT a '**natural born citizen**'.

65. John Jay frequently cited Vattel's treatise **The Law of Nations** in his personal writings.  In addition, the term "Law of Nations" is expressly referenced in the Constitution itself in Article. I. Section 8 (defining piracy).  Further, there are many references to Vattel's treatise in the "The Federalist Papers", which were critical in the ratification process of the Constitution and written in part by Jay.

///

66. As he was establishing the new government under the Constitution, George Washington checked Vattel's **The Law of Nations** out of the New York Society Library, the only lending library in New York at the time.  "The library's ledgers show that Washington took out the books on 5 October 1789, some five months into his presidency at a time when New York was still the capital. They were an essay on international affairs called Law of Nations . . ."  Plaintiffs are informed and do verily believe, and based thereon allege that he did so to a constant guidance from the authority that had been utilized by the Framers during the Constitutional Convention.  A copy of The Christian Science Monitor article *How George Washington racked up a $300,000 fine for overdue library books* by Marjorie Kehe (2010)  is filed concurrent hereto as Exhibit "F" and incorporated herewith.

67. It is important to note that Vattel entitles this passage "Of the citizens and natives." He clearly separates "citizens" from "natives."  The "natives" are those who are "natural born" to citizen parents in the country.  All others are either citizens or else aliens, vagrants, inhabitants, exiles, etc.

68. Vattel also holds:

> "The citizens are the members of the civil society: bound to this society by certain duties, and subject to its authority, they equally participate in its advantages.  The natives, or **natural-born citizens**, are those **born in the country, of parents who are citizens**.  As the society cannot exist and perpetuate itself otherwise than by the children of the citizens, those children naturally follow the condition of their fathers, and succeed to all their rights.  The society is supposed to desire this, in consequence of what it owes to its own preservation; and it is presumed, as matter of course, that each citizen, on entering into society, reserves to his children the right of becoming members of it.  The country of the fathers is therefore that of the children; and these become true citizens merely by their tacit consent. We shall soon see, whether, on their coming to the years of discretion, they may renounce their right, and what they owe to the society in which they were born. I say, that, in order to be of the country, it is necessary that a person be born of a father who is a citizen; for if he is born there of a foreigner, it will be only the place of his birth, and not his country." *(emphasis added)*

///

69. The first thing that we have to understand about what Vattel wrote is that he made a distinction between a "citizen" and a "natural born citizen." A citizen is simply a member of the civil society who is bound to the society by certain duties and subject to its authority. "Citizens" also participate equally in all the advantages the society has to offer. On the other hand a "natural born citizen" means much more than just "citizen." Vattel required that for a child to be a "natural born citizen," the child must be born in the country to both parents who are also citizens of the same country.

70. It was this definition fully grasped and understood by the Framers of the Constitution, that allowed these great men to break away from the concept of being **Subjects** under English Common Law to being free **Citizens** under Natural Law who could create Natural Born Citizens to govern, thus justifying the establishment of a republican form of government. They knew from reading Vattel that a **natural born citizen** was a different and higher standard from just "citizen," because of the modifier, "natural born." Anyone natural born was a child born in the country to two citizen parents. In 1791 Thomas Paine put it as follows:

> "**The presidency in America is the only office from which a foreigner is excluded**, and in England it is the only one to which he is admitted. A foreigner cannot be a member of Parliament, but he may be what is called a king. If there is any reason for excluding foreigners, it ought to be from those offices where mischief can most be acted, and where, by uniting every bias of interest and attachment, the trust is best secured." *(emphasis added)*

71. From Max Farrand's transcripts of **Madison's notes** (August 9 and August 13, 1787), we see that there were some delegates who were concerned about foreigners. For example, from that transcript is the following concerning the House of Representatives eligibility requirements: "Mr. Gerry wished that in future the eligibility might be confined to Natives." The word "native" occurs multiple times in the notes for these two days (The phrase "natural born citizen" was not used here by the delegates.). The

word "native" was a synonym for the phrase **natural born citizen**. The delegates had already used the term **natural born citizen** when proposing the requirements for President, Vice-President and either House of Congress and later used the word "natives" when referring to eligibility requirements for the House of Representatives.

72. David Ramsay, M.D., an American physician, public official, and one of the first major historians of the <u>American Revolutionary War</u>, wrote "*A Dissertation on the Manner of Acquiring the Character and Privileges of a Citizen of the United States*". He had the advantage of being involved in the events of which he wrote and he exercised wisdom of mind and spirit which marks the pages of his works, his critical sense, his balanced judgment and compassion. These gifts, which were uniquely his own, clearly entitle him to an honorable position in the front rank of American historians. His dissertation published in 1789 states:

> "The citizenship of no man could be previous to the Declaration of Independence, and as a natural right, belongs to none but those who have been born of citizens since the Fourth of July, 1776".

He further defined the term 'natural born citizens': as the children born in the country to citizen parents.

73. Ramsay's Dissertation is further evidence of the influence that Vattel had on the Framers in how they defined the new national citizenship. Being a meticulous historian, Ramsey would have obtained his definition from the general consensus that existed at the time. This work is evidence of how a very influential Founder defined a "**natural born Citizen**" and it provides one of the most important proofs which provides direct and convincing evidence on how the Framers defined a "**natural born Citizen**". Based thereon there can be no doubt that their definition was one as "**a child born in the country to citizen parents**".

74. The Laws of Nature and Nature's God as evidenced by the Preamble of the Declaration of Independence strongly influenced our revolution, the break away from England and the writing of our founding documents.

75. Enlightenment philosophers like Vattel had read and admired the ancient Greeks and were aware of their free republic and natural law citizenship concepts based upon pre-existing natural law and the unalienable rights of man. They were merely clarifying this theory for a more modern, freedom and liberty-seeking audience.

76. Vattel, in identifying this historical tradition of full-blooded citizenship, was echoing and channeling the ancient Greek philosophers' identification of natural law and their unique invention of the concept of citizenship as opposed to mere subjecthood or slavery, giving new life to ideas and practices that were well documented and codified by Greek leaders.

77. The ancient Greeks were the first to establish the idea of 'natural law' as a legal code--meaning that they recognized that human rights come to humans naturally, endowed by Nature and our Creator. In their code, citizenship was born out of ancient tribal and family rules, and so it was only natural that Natural Born Citizenship was the rule and requirement for both high office and citizenship in ancient Greece in order to guarantee and preserve loyalty and fealty through blood and soil. In a free society, inside an empire that was constantly at war, both internally and externally, the Greeks knew it was supremely important to know the loyalties of your leaders and neighbors.

78. We often forget that the world did not have **ANY** citizens in the vast period of history between the Greeks and Romans, and the founding of the United States. Plaintiffs are informed and do verily believe, and based thereon allege that the Framers wanted to copy the Greeks, whom they read and admired, and were boldly seeking to reestablish

and improve upon a form of government that had not been seen or practiced since ancient times.

79. In doing so, the Framers sought guidance and inspiration in ancient Greek natural law as well as contemporary 18th Century Enlightenment treatises based on natural law, primarily Vattel's Law of Nations.  They debated and expressly rejected subjecthood, nobility, monarchs and tyrants.  They declared their independence as a free republic of citizens ruled by law, not by tyrants.  They created their own unique common law, which was an amalgam of ancient and modern natural law.

80. The United States is only the second such example in the world to establish the definition of the natural born concept which is found only in Vattel, who gave it the name: Natural Born Citizen.  Plaintiffs are informed and do verily believe, and based thereon allege that this inspired our Framers to include it in Article. II. as our presidential eligibility requirement.

81. Plaintiffs are informed and do verily believe, and based thereon allege that the time-honored definition of **natural born citizen** has been cited and confirmed, but not ruled upon, by a constitutional authority, the Supreme Court of the United States, which held its first session on the 2nd day of February, 1790 marking the date when the government was fully operational.  The Court cited or applied the Vattel definition of the term 'natural born citizen' in following cases:

a.      **The Venus,** 12 U.S. (8 Cranch) 253, 289 (1814)

This case was decided at the beginning of the republic by men who were intimately associated with the American Revolution.  The Venus case regarded the question whether the cargo of a merchant vessel, named the Venus, belonging to an American citizen, and being shipped from British territory to America during the

War of 1812, could be seized and taken as a prize by an American privateer.  But what the case said about citizenship, is what matters here.  Justice Livingston, who wrote the unanimous decision, quoted the entire §212 from the French edition, using his own English, on p. 12 of the ruling:

> "**Vattel**, who, though not very full to this point, is more explicit and more satisfactory on it than any other whose work has fallen into my hands, says:" then set forth § 212. *supra*

b.   **Shanks v. Dupont,** 28 U.S. 3 Pet. 242 245 (1830)

The Supreme Court heard the case regarding the dispute over the inheritance received by two daughters of an American colonist, from South Carolina.  At the beginning of the case, Justice Story, who gave the ruling, does not cite Vattel per se, but cites the principle of citizenship enshrined in his definition of a 'natural born citizen':

> "Ann Scott was born in South Carolina before the American revolution, and her father adhered to the American cause and remained and was at his death a citizen of South Carolina. There is no dispute that his daughter Ann, at the time of the Revolution and afterwards, remained in South Carolina until December, 1782. Whether she was of age during this time does not appear. If she was, then her birth and residence might be deemed to constitute her by election a citizen of South Carolina. If she was not of age, then she might well be deemed under the circumstances of this case to hold the citizenship of her father, **for children born in a country, continuing while under age in the family of the father, partake of his national character as a citizen of that country.** Her citizenship, then, being prima facie established, and indeed this is admitted in the pleadings, has it ever been lost, or was it lost before the death of her father, so that the estate in question was, upon the descent cast, incapable of vesting in her? Upon the facts stated, it appears to us that it was not lost and that she was capable of taking it at the time of the descent cast." *(emphasis added)*

c.   **Dred Scott v. Sandford**, 60 U.S. (19 How.) 393 (1857)

Supreme Court Justice, Peter Vivian Daniel, considered **natural born citizen** as every person born of citizen parents within the United States. In 1857, in a

-31-

concurring opinion in Dred Scott v. Sandford he quoted an English-language translation of Emerich de Vattel's 1758 treatise The Law of Nations (Le Droit des gens), stating that:

> "The natives, or **natural-born citizens, are those born in the country of parents who are citizens**". *emphasis added)*

d.   <u>**Minor v. Happersett**</u> , 88 U.S. 162, 167-168 (1875)

Mrs. Minor, an original suffragette, who in virtue of the 14th Amendment attempted to register to vote in the State of Missouri, and was refused because she was not a man.  Chief Justice Morrison Waite wrote the majority opinion, in which he stated:

> "The Constitution does not in words say who shall be natural-born citizens. Resort must be had elsewhere to ascertain that. **At common law, with the nomenclature of which the framers of the Constitution were familiar, it was never doubted that all children born in a country of parents who were its citizens became themselves, upon their birth, citizens also. These were natives or natural-born citizens**, as distinguished from aliens or foreigners. Some authorities go further and include as citizens children born within the jurisdiction without reference to the citizenship of their parents." *(emphasis added)*

e.   <u>**United States v. Wong Kim Ark**</u>, 169 U.S. 649, 702 (1898)

Wong Kim Ark, the son of two resident Chinese aliens, claimed U.S. Citizenship and was vindicated by the court on the basis of the 14th Amendment.  In this case Justice Gray gave the opinion of the court.  On p. 168-9 of the record, He cites approvingly the decision in Minor vs. Happersett *(supra)*:

> "At common law, with the nomenclature of which the framers of the Constitution were familiar, it was never doubted that **all children, born in a country of parents who were its citizens, became themselves, upon their birth, citizens also. These were natives, or natural-born citizens**, as distinguished from aliens or foreigners. " *(emphasis added)*

82. The Supreme Court of the United States has never applied the term 'natural born citizen' to any other category than "those born in the country of parents who are citizens thereof at that time".

83. Vattel was also cited in State court proceedings in a manner that reveals the influence on the formation:

> **Rutgers v. Waddington** (New York Mayor's Court, 1784):
>
> This case was the first reported case in which the constitutionality of a state act was attacked on the ground that it violated a treaty of the United States.  Alexander Hamilton, as the lawyer for the defense, quoted prolifically from Vattel's, The Law of Nations.  Hamilton argued that the law of nations was part of the common law and that the decisions of the New York Legislature must be consistent with the law of nations.  Hamilton used Vattel as the standard for defining the law of nations.  Hamilton argued that state law was superseded by national law and the law of nations. He also argued that the intent of the state legislature had to be that their laws be applied in a fashion that was consistent with national law and the law of nations.  Judge James Duane in his ruling described the importance of the new republic abiding by The Law of Nations, and explained that **the standard for the court would be Vattel**.  Hence, there is no doubt that Vattel shaped the founding of the United States.

84. Legislative activity by the early Congresses provides insight into the question of Vattel's requirement of two parents to be citizens.  There are Congressional acts that were passed after the Constitution was adopted that give us insight into what the Framers of the Constitution meant by "**natural born Citizen**".  The First Congress, which included members who had been delegates to the Constitutional Convention and

drafted the "**natural born Citizen**" clause, passed the Naturalization Act of 1790 (1 Stat.103,104) which provided that "And the children of citizens of the United States that may be born beyond the sea, or out of the limits of the United States, shall be considered as **natural born citizens**." *(emphasis added)* It is interesting to note that George Washington was president of the Constitutional Convention and President of the United States when this bill became law and if he had disagreed with the two citizen-parent requirement, he could have vetoed this bill. Based thereon this legislation strongly suggests that the Framers of the Constitution understood this phrase to refer to citizenship acquired from both of the child's parents at birth. This statute shows what role the parents played in the minds of the early founders and Framers.

85. Accordingly, Plaintiffs are informed and do verily believe, and based thereon allege that by the term "**natural born Citizen**" the Framers meant "a person born in the United States, of parents who are both citizens of the United States at the time of birth" thus providing that such a person would have the greatest assurance of loyalty to the country through both blood and soil, and would be without any foreign allegiances. Further, the Supreme Court of the United States has applied that definition for more than the first hundred years after ratification.

86. Plaintiffs are informed and do verily believe, and based thereon allege that for more than a hundred years there have been people who have attempted to change the Constitution by changing the meaning of words used by the Framers or by inferring additional words to change the meaning. This is not a valid amendment of the Constitution.

87. Absent constitutional amendment, there is no authority to alter the text of the Constitution, the provisions of which are "fixed and exclusive". United States Term

<u>Limits v. Thornton</u>, 514 U.S. 779, 790 (1995)  (discussing "the Framers intent that the [congressional] qualifications in the Constitution be fixed and exclusive").  If Harris does not like the **"natural born Citizen"** clause in Article. II., she cannot unilaterally change the Constitution by simply failing to address its requirements to serve as the Vice President.

88. The term **natural born citizen** can only be changed now by a new amendment to the Constitution by today's "We the People".  Article. V. of the Constitution provides for Amendments thereto follows:

> "The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate."

89. According the proposal of Amendments is exclusively reserved to either the Congress or the Legislatures of the several States,  and  Ratification of Amendments is exclusively limited to the several States.

90. The Constitution has never been amended to set forth a definition of, or to redefine, the term **natural born citizen**, or to change any other category of citizen than "those born in the country of parents who are citizens thereof".

91. On the 15th day of June, 1804 Amendment. XII. of the Constitution was ratified which provides in pertinent part:

> "But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States. "

92. Harris has not met her burden of proving that she is an Article. II. "**natural born Citizen**" of the United States of America.

93. Plaintiffs are informed and do verily believe, and based thereon allege that there is no other evidence than that which has set forth herein of the meaning of "**natural born Citizen**" to the Framers when the Constitution was written in 1787 and Ratified  1788 which is the '**children born in the country of parents who are citizens of that country at that time**'.

### OTHER CITIZENS AT BIRTH

94. On the 9th day of July, 1868 Amendment XIV of the Constitution was ratified which provides in Section 1. thereof:

> "All persons born or naturalized in the United States, <u>**AND**</u>  **subject to the jurisdiction thereof**, are citizens of the United States and of the State wherein they reside.  No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." *(emphasis added)*

No reference is made as to the amendment of any provision and by including naturalized citizens, Amendment. XIV. clearly differentiates itself from the "**natural born Citizen**" requirement of Article. II.  The persons upon whom citizenship is conferred by Amendment. XIV. by virtue of their birth in the United States are commonly known as **citizens at birth**.  While a **natural born citizen** is clearly among the broad group of **citizens at birth**, it is without a doubt that not all **citizens at birth** are  **natural born citizens**.  Based on the Constitution there are four types of citizens by virtue of their birth in the United States: (1) "Citizen" Born to at least one United States citizen parent, (2) "Citizen"  Born to both parents **legally**

domiciled in the United States and "Subject to the Jurisdiction thereof" when the child was born in the United States, (3) "Citizen of the United States at time of Adoption of this Constitution" also known as "the Grandfather Clause", or as "Original Citizen", as well as (4) **natural born citizen** ". In addition to citizens Naturalized by law, Amendment. XIV. collectively refers to these groups of **citizens at birth** without modifying any one of them.

95. Further, in <u>**Minor v. Happersett**</u>, *(supra)*, decided by the U.S. Supreme Court in 1875 after Amendment. XIV. had been ratified in 1868, made an express distinction between "natives or **natural-born citizens**" provided for in Article. II. and **"children born within the jurisdiction without reference to the citizenship of their parents"** as provided for in Amendment. XIV. In 1898 the Supreme Court in <u>**United States v. Wong Kim Ark**</u>, *(supra)* cited Minor vs. Happersett *(supra)* with approval. As such the U.S. Supreme Court determined that Amendment. XIV. did NOT amend Article. II. as to the requirement that a person elected as President be a **"natural-born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution"**. Had Amendment. XIV. changed the **natural-born Citizen** requirements of Article. II. in any way, the holdings of the U.S. Supreme Court in these cases would have reflected that amendment, which they did not.

96. In fact, one of the purposes of Amendment. XIV. was to restore the Original Understanding by correcting the erroneous holding of the Supreme Court contained in <u>**Dred Scott v. Sandford**</u> *(supra)* that freed slaves were barred from citizenship by extending citizenship rights to the slaves freed pursuant to Amendment. XIII. That first generation of freed slaves were definitely considered citizens, but they were

definitely not natural born citizens because they were not born of either parent who was a citizen.  Amendment. XIV. has absolutely nothing to do with the "**natural born Citizen**" requirement of Article. II.  It has to do with restoring the Original Understanding of the Constitution as to the new citizens which were the slaves freed pursuant to Amendment. XIII.  In effect, it naturalized freed slaves as citizens.

97. During the debates that embroiled the Senate in the years following the Civil War, Senator Howard insisted that the qualifying phrase "subject to the jurisdiction thereof" be inserted into Section 1 of the 14th Amendment being considered by his colleagues. In the speech with which he proposed the alteration, Howard declared:

> "This amendment which I have offered is simply declaratory of what I regard as the law of the land already, that every person born within the limits of the United States, **and subject to their jurisdiction**, is by virtue of natural law and national law a citizen of the United States. This will not, of course, include persons born in the United States who are foreigners, aliens, [or] who belong to the families of ambassadors or foreign ministers . . ." *(emphasis added)*

98. There then followed Supreme Court cases that discussed citizenship under the Fourteenth Amendment.

    a.    **The Slaughter-House Cases**, 83 U.S. 36, 73 (1872)

In The Slaughter-House Cases explaining the meaning of the Fourteenth Amendment clause, the Supreme Court said regarding the citizenship clause:

> "[t]he phrase, 'subject to the jurisdiction thereof,' was intended to exclude from its operation children of ministers, consuls, and **citizens or subjects of foreign States born within the United States**." *(emphasis added)*

Even the dissenting opinion affirmed that the citizenship clause was designed to assure that all persons born within the United States were both citizens of the United States and the state in which they resided, provided they were not at the time of birth subjects of any foreign power.

///

-38-

b.   **Elk v. Wilkins**, 112 U.S. 94 (1884)

In Elk v. Wilkins, the Supreme Court specifically addressed what is meant by

"subject to the jurisdiction thereof," and held:

> "The persons declared to be citizens are 'all persons born or naturalized in
> the United States, and subject to the jurisdiction thereof.' The evident
> meaning of these last words is not merely subject in some respect or degree
> to the jurisdiction of the United States, but completely subject to their
> political jurisdiction and owing them direct and immediate allegiance.  And
> the words relate to the time of birth in the one case, as they do to the time of
> naturalization in the other.  **Persons not thus subject to the jurisdiction of
> the United States at the time of birth cannot become so afterwards
> except by being naturalized ...**" *(emphasis added)*

And also held that "the children of subjects of any foreign government" born within

the United States are not citizens under the Fourteenth Amendment because they

are not subject to the jurisdiction of the United States.

99. The principle that parents of the child must be citizens at the time of the child's birth in

order to make the child a "**natural born Citizen**" was carried forward in American

history following the Founding of the nation.  The standard provided by Vattel has not

changed in our jurisprudence and is still valid today as it was during the Founding.

Also, there is not a single word in Amendment. XIV. to imply that it had any effect

whatsoever on Article II and has not changed the meaning of a "**natural born

Citizen**".


**LACK OF ELIGIBILITY**

100.   Harris was not alive at the time of the adoption of the Constitution and cannot avail

herself of the "grandfather clause" therein available to only the Original Citizens and

therefore she has to meet the more restrictive "**natural born Citizen**" clause.

///

101.    Accordingly, in order to serve as Vice-President of the United States Harris MUST be a **natural born Citizen** in order to do so.

102.    In that the Parents of Harris were **NOT** citizens of the United States at the time of the birth of Harris, she is **NOT** a **natural born Citizen.**

103.    In fact Harris could not be a citizen of the United States by birth despite being born in Oakland, California, since neither of her parents was at least a permanent resident at the time of her birth.

104.    Further the **Constitution of Jamaica**, Chapter 2, Section 3C "Citizenship by Descent" provides:

>   "Every person born outside Jamaica shall become a citizen of Jamaica
>
>>   a. on the sixth day of August, 1962, in the case of a person born before that date;  or
>>
>>   b. on the date of his birth, in the case of a person born on or after the sixth day of August, 1962,
>
>   if, at that date, his father **OR** mother **is a citizen of Jamaica by birth,** descent or registration by virtue of marriage to a citizen of Jamaica." *(emphasis added)*

105.    Harris was born to non-U.S. Citizen foreign national parents and was thus born with foreign allegiance to Jamaica via her Jamaican citizen father and thus she has foreign influence upon herself by way of her citizenship of Jamaica at birth.  Thus, she was born with foreign allegiances, loyalties and citizenship at and by birth.  This is exactly what the founders and framers did **NOT** want for the person who would be President and Commander in Chief of our military forces.

106.    In that the Parents of Harris were **NOT** subject to the jurisdiction of the United States at the time of the birth of Harris, she is **NOT**  a  **citizen at birth** pursuant to the provisions of Amendment. XIV.  Unless she has applied for, and been granted, naturalization, she is NOT a citizen of the United States.  However, Plaintiffs do not

have the knowledge required to make any allegation regarding the naturalization of Harris.

107.    There is no reasonable or legal doubt that at the time of her birth, the Father of Harris was not an American citizen – and thus, should she assume the office of the President, the President would be the child of parents with legal allegiance to a foreign sovereignties and herself a citizen of Jamaica at and by birth.  She would not conform to the accepted legal, constitutional, and historical definition of "**natural born Citizen**," and thus Harris could not legally serve as Vice President.

108.    On the 19th day of August, 2020 when Harris accepted that nomination of the Democratic Party for the office of Vice-President of the United States pursuant to Article. II. Section. 1. and Amendment. XII. of The Constitution, she began inflicting damage on the Plaintiffs by actively seeking an office for which she was NOT eligible.

109.    Plaintiffs are informed and do verily believe, and based thereon allege that in addition to the current Presidential Election, there have been eligibility issues relating to the "**natural born Citizen**" requirement in at least each of the last three Presidential Elections.  As such, the resolution of the matter is past due.

## CONCLUSION

110.    Under our Constitutional Republic, based on the Rule of Law, a candidate for Vice-President must qualify under Article. II. and Amendment. XII. of the Constitution.

111.    Under Article. II. of the Constitution we are to choose our President and Commander-in-Chief, and the Vice-President, from the group with sole allegiance at birth to the United States and only the United States, not someone who has foreign and/or dual citizenship, divided loyalties and allegiances, and a foreign claim on their

allegiance at and by birth.  The reason for this is as important today as it was when the Framers added those additional words to the eligibility clause in Article. II.  Given the vast power of the military today, having a President and Commander in Chief of the military, and the Vice-President with sole allegiance at birth to only the United States is very important.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgement as follows:

1.  Confirming that a person serving as Vice-President of the United States **MUST** be a "**natural born Citizen**" as required by Article. II. Section. 1. of the Constitution;

2.  Confirming that a "**natural born Citizen**" as set forth in Article. II. Section. 1. of the Constitution  "Is a person born in the United States of parents who are both citizens of the United States at the time of birth";

3.  Confirming that a "**natural born Citizen**" required by Article. II. Section. 1. of the Constitution is only partially inclusive within that of a **citizen at birth** pursuant to the provisions of Amendment. XIV.;

4.  Declaring that plaintiffs have the power under the Amendment. X. of the Constitution to challenge the eligibility of Harris to hold the Offices of Vice-President or of President and Commander in Chief of the United States;

5.  Determining that Harris is NOT a "**natural born Citizen**" pursuant to the provisions of Article. II. of the Constitution, and never will be a "**natural born Citizen**" pursuant to the Constitution as it was been ratified at this time;

///
///

6. Determining that Harris is NOT a **citizen at birth** pursuant to the provisions of Amendment. XIV. to the Constitution, and never will be a **citizen at birth** pursuant to the Constitution as it was been ratified at this time;

7. Determining that Harris is NOT eligible to serve as Vice-President of the United States, and never will be pursuant to the Constitution as it was been ratified at this time;

8. Declaring that Harris be permanently ineligible to hold the Offices of Vice-President or of President and Commander in Chief of the United States;

9. Requiring Harris, if she proceeds to seek the Offices of Vice-President of the United States, to conclusively prove that she is a **"natural born Citizen"** pursuant to the provisions of Article. II. of the Constitution, as that term was meant by Framers thereof, and eligible to serve as Vice President or President and Commander in Chief of the United States;

10. Injunctive relief against Harris serving as Vice-President of the United States, or in the future against her serving as Vice-President or as President and Commander in Chief of the United States;

11. Plaintiffs do hereby reserve the right to amend this Complaint and related pleadings from time to time; and

12. For such other and further relief as the Court deems just and proper.

Dated:   December  2, 2020

GEORGE  F. X. ROMBACH,  PhD, JD, CPA,
Plaintiff, In Propria Persona  and
and Co-Founder of Constitution Association, Inc.

///

Complaint for Declaratory and Injunctive Relief

Dated:   December  2, 2020


_____
DOUGLAS  V.  GIBBS,
Plaintiff, In Propria Persona  and
and Co-Founder of Constitution Association, Inc.


Dated:   December  2, 2020


_____
DENNIS  R.  JACKSON,
Plaintiff, In Propria Persona

# **VERIFICATION**

I, George F.X. Rombach, declare and say:

I am a Plaintiff in the above-entitled action, I have read the foregoing COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF to challenge the eligibility of Kamala Devi Harris to serve as Vice President of the United States of America. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct and that this declaration was executed this 2nd day of December, 2020, at Temecula, California.


George  F.X.  Rombach

Verification of Complaint for Injunctive Relief

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS126019
Cashier ID: fjaimes
Transaction Date: 12/07/2020
Payer Name: George Rombach
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: George Rombach
 Amount:        $402.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00



There will be a fee of $53.00
charged for any returned check.