# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Constitution Association, Inc., et al.

**Plaintiff(s)**

vs.

Kamala Devi Harris

**Case No.: 20CV2379 TWR BLM**

FILED
APR 15 2021
CLERK US DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA
BY

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Verified Complaint for Declaratory and Injunctive Relief, Verification of Complaint for Injunctive Relief, and Exhibits to Verified Complaint for Declaratory and Injunctive Relief

SERVE TO: Kamala Devi Harris

SERVICE ADDRESS: The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Kamala Devi Harris, The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 02/26/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2475.

I declare under penalty of perjury that this information is true.

2/26/2021
Executed On

Louis Gerrick

Client Ref Number: N/A
Job #: 1586686

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Constitution Association, Inc., by its founders, George F.X. Rombach and Douglas V. Gibbs as well as its v.p. Dennis R. Jackson, and B. Green, R. Handy, A. Hurley, R. Hvidston, R. Kowell, H. Lewis, C. Mongiello, R. Reiss, L. Reyes, J. Scarafone, R. Short, S. St John, L. Stucky, J. Yates and T. Evans  *Plaintiff*<br><br>V.<br><br>Kamala Devi Harris<br><br><br><br><br>*Defendant* | Civil Action No. 20CV2379 TWR BLM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DENNIS R. JACKSON
27636 Ynez Road, Suite L-7 #111
Temecula, CA 92591
(949) 500-1850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   12/7/20



John Morrill
*CLERK OF COURT*

S/                    S. Dunbar
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Constitution Association, Inc., et al.

Plaintiff(s)

vs.

Kamala Devi Harris

Defendant

Case No.: 20CV2379 TWR BLM

FILED
APR 15 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Verified Complaint for Declaratory and Injunctive Relief, Verification of Complaint for Injunctive Relief, and Exhibits to Verified Complaint for Declaratory and Injunctive Relief

SERVE TO: Kamala Devi Harris

SERVICE ADDRESS: The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to Kamala Devi Harris at The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 02/26/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2475. Service was delivered on 03/09/2021, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

4/6/2021
Executed On

Louis Gerrick

Client Ref Number:N/A
Job #: 1586686

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70191120000138342475

Remove ✕

Your item was picked up at a postal facility at 3:43 am on March 9, 2021 in WASHINGTON, DC 20500.

## ⊘ Delivered, Individual Picked Up at Postal Facility

March 9, 2021 at 3:43 am
WASHINGTON, DC 20500

Get Updates ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Constitution Association, Inc., by its founders, George F.X. Rombach and Douglas V. Gibbs as well as its v.p. Dennis R. Jackson, and B. Green, R. Handy, A. Hurley, R. Hvidston, R. Kowell, H. Lewis, C. Mongiello, R. Reiss, L. Reyes, J. Scarafone, R. Short, S. St John, L. Stucky, J. Yates and T. Evans<br>*Plaintiff*<br>V.<br>Kamala Devi Harris<br><br>*Defendant* | Civil Action No. 20CV2379 TWR BLM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DENNIS R. JACKSON
27636 Ynez Road, Suite L-7 #111
Temecula, CA 92591
(949) 500-1850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   12/7/20

John Morrill
*CLERK OF COURT*
S/           S. Dunbar
*Signature of Clerk or Deputy Clerk*