# ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __RIVERSIDE__ } SS.

On __April 26, 2021__, before me, __MARIA L. OLSON__, Notary Public, personally appeared __George F.X. Rombach__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: MARIA L. OLSON, COMM. # 2346098, NOTARY PUBLIC - CALIFORNIA, RIVERSIDE COUNTY, COMM. EXPIRES FEB. 9, 2025]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_  
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [x] INDIVIDUAL
- [ ] CORPORATE OFFICER _____ TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] GUARDIAN/CONSERVATOR
- [ ] SUBSCRIBING WITNESS
- [ ] OTHER: _____

**SIGNER (PRINCIPAL) IS REPRESENTING:**  
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**  
_Affidavit in support of the Request_  
TITLE OR TYPE OF DOCUMENT  
_for Entry of Default - 2 pages_  
NUMBER OF PAGES  
_4/26/2021_  
DATE OF DOCUMENT

OTHER  
RIGHT THUMBPRINT OF SIGNER