RANDY S. GROSSMAN.
Acting United States Attorney
BRETT NORRIS
Assistant U.S. Attorney
California Bar No. 224875
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7620
Fax: (619) 546-7751
Email: brett.norris@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F.X. ROMBACH and DOUGLAS V. GIBBS, as well as its V.P. DENNIS R. JACKSON, and B. GREEN, R. HANDY, A HURLEY, R. HVIDSTON, R. KOWELL, H. LEWIS, C. MONGIELLO, R. REISS, L. REYES, J. SCARAFONE, R. SHORT, S. ST. JOHN, L. STUCKY, J. YATES, and T. EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>KAMALA DEVI HARRIS,<br><br> Defendants. | Case No.: 20-cv-02379-TWR (BLM)<br><br>**DECLARATION OF MARY C. WIGGINS** |

I, Mary C. Wiggins, hereby state and declare:

1.  I am employed as the Civil Process clerk for the Civil Division of the Office of the United States Attorney for the Southern District of California.  I have been so employed since March, 1990.  I am the only civil docket clerk for this Office.

2. As the civil docket clerk, I am authorized to accept service of process on behalf of the United States Attorney for matters within the cognizance of the Civil Division.

3. All summonses and complaints which are personally served on the Civil Division of this Office, or are received by mail, or otherwise left with this Office, come directly to me for docketing. All incoming mail for the Civil Division also is routed to me for necessary receipt processing, docketing (if necessary), and distribution.

4. On May 12, 2021, I made a thorough, careful and diligent search of the records, suits, complaints, and documents under my care, custody, and control. My diligent search, as just described, indicated that the United States Attorney's Office for the Southern District of California, San Diego, California, had not been served with a summons and complaint in the above-entitled matter.

5. On May 12, 2021, I contacted the United States Attorney General's office in Washington, D.C. by email and they informed me that they have not been served with a summons and complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct, and, if called to testify, would be able to do so as to the information set forth above.

Executed this 12th day of May, 2021, at San Diego, California.

s/Mary Wiggins
MARY C. WIGGINS