1  DENNIS A. RASMUSSEN (SB # 153479)
2  *Attorney for Constitution Association , Inc.*
   GEORGE F. X. ROMBACH, PhD, JD, CPA,
3  27636 Ynez Road,  Suite L-7 #111
   Temecula, CA  92591
4  (949) 500-1850
5  gfxr@yahoo.com
   *Plaintiffs, In Propria Persona*
6

**FILED**

JUN 0 3 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____TH_____ DEPUTY

7

8                    UNITED  STATES  DISTRICT  COURT

9                   SOUTHERN  DISTRICT  OF  CALIFORNIA

10

11

12  CONSTITUTION ASSOCIATION, INC., by      )   **Case No.   20CV2379 TWR BLM**
    its founders,  GEORGE F. X. ROMBACH      )
13  and  DOUGLAS V. GIBBS   as well as other  )
    officers and members of the Association et. al.  )   **RESPONSE TO THE EX PARTE APPLIC-**
14                                           )   **ATION and  CAUSE WHY THIS ACTION**
                                             )   **SHOULD  NOT  BE DISMISSED**
15              Plaintiffs,                   )
                                             )
16                                           )
                                             )
17        vs.                                )
                                             )
18                                           )
                                             )   Judge:            Hon. Todd W. Robinson
19  KAMALA DEVI HARRIS,                      )
                                             )   Department:       Courtroom  3A
20            Defendant.                      )
                                             )   Complaint Filed:  December  7, 2020
21  _____ )

22

23                        **INTRODUCTION**

24        The government of the United States of America, that is **NOT** a party of this action and

25  has no standing therein, has brought an Ex Parte Application interfering in this action.  The

26  government's interference is seeking to set aside the Entry of Default that was properly entered

27  against Defendant Kamala Devi Harris as an individual for personally committing an

28

                                        1.

1 | unconstitutional action of running for the office of Vice President of the United States of America
2 | for which Plaintiffs allege she is not eligible to hold. Defendant is not being sued for any act or
3 | omission occurring in connection with duties performed on the United States' behalf.

**I**

**THIS IS NOT A POLITICAL QUESTION**

The sole issue in this action is whether the Defendant, a member of the Democratic Party, is not constitutionally eligible to hold the Office of President or Vice President. In the Complaint in this action, Plaintiffs also allege that three Republican candidates were likewise not eligible to hold the Office of President, but withdrew from the race before the commencement of this action. Plaintiffs have no issue with the political affiliation of any candidate, they are simply seeking that the Constitution be complied with. The issue of eligibility to hold either the Office of President or Vice President is **NOT** a task constitutionally assigned to any other branch of government. The eligibility issue was established by the Framers of the Constitution when it was written and ratified, and they gave no other branch of government any authority in the matter of eligibility to serve as President or Vice President whatsoever. Nowhere in the Constitution is any authority given to Congress regarding the issue of eligibility to hold either the Office of President or Vice President. Accordingly, this action does not in any way make it necessary to interfere in a political matter that is within the dominion of any other branch of the government. The issue before this Court is does the Defendant meet the eligibility required by the Constitution or not.

**II**

**DEFENDANT WAS SERVED**

In the Ex Parte Application the United States Attorney's Office failed to disclose that the Complaint was in fact signed for on March 9, 2021, the proof of service of which was filed with this Court. Plaintiffs' are unaware of the reason for this omission.

**III**

**DEFENDANT DID NOT RESPOND**

Defendant has not yet plead, defended or otherwise responded in any way to the Complaint

1  on file in this action.  In the Ex Parte Application the United States Attorney's Office clearly

2  indicates that they are representing the United States and NOT the Defendant.

3  IV

4  **UNITED STATES NOT REQUIRED TO BE SERVED**

5      Plaintiffs are NOT required to serve the United States government because Defendant was

6  not a 'United States officer or employee' when the actions alleged in the Complaint on file herein

7  were committed.  At the time of filing, December 7, 2020, the defendant was not at that time

8  officially an inaugurated member of the U.S. Government as Vice President of the United States.

9  Therefore, when the complaint was served on April 26, 2021 the service was not required to

10  include the United States because at the time of filing the complaint was only against the

11  defendant, Kamala Devi Harris, who was at the time merely Vice President Elect.  In the argument

12  by the United States alleging that the "Plaintiffs Have Not Effected Service of Their Complaint" it

13  is argued that Fed R. Civ. P. Rule 4(i) sets forth the requirements for serving the United States and

14  its agencies, officers, and employees.  "To serve a United States officer or employee sued in an

15  individual capacity for an act or omission occurring in connection with duties performed on the

16  United States' behalf (whether or not the officer or employee is also sued in an official capacity), a

17  party *must serve the United States and also serve the officer or employee* under Rule 4(e), (f), or

18  (g)."

19      The application of the rule listed by the United States is not applicable because the

20  defendant is not an officer or employee of the United States Government.  According to the final

21  clause of Article II, Section 3 of the United States Constitution, the President "shall Commission

22  all the Officers of the United States."  The Vice President does not receive a commission from the

23  President, therefore, since all Officers of the United States shall receive a commission, the lack of

24  commission provides the conclusion that the Vice President is not an officer of the Government of

25  the United States.  The Vice President is also not an employee of the government, for according to

26  Article I, Section 6 of the U.S. Constitution officers and those appointed to civil Office under the

27  Authority of the United States receive an emolument.  However, Article I, Section 6, Clause 1

28  states that "The Senators and Representatives shall receive a Compensation for their Services,"

1  and Article II, Section 1, Clause 8 states that "The President shall, at stated Times, receive for his

2  Services, a Compensation." S.103 on January 11, 1949. (U.S. Congress, Senate Committee on

3  Post Office and Civil Service, President, Vice President and Speaker of the House—

4  Compensation and Expenses) provides that the Vice President, along with the President, and the

5  Speaker of the House, receives a compensation for their services.  According to the United States

6  Constitution officers and employees receive an emolument for their services, but representatives

7  receive a compensation.  Since the Vice President receives a compensation the conclusion is that

8  Vice President Kamala Harris is not an officer or employee of the Government of the United

9  States, but a representative.

10

**V**

11

**IMPORTANCE OF CORRECTING UNCONSTITUTIONAL ACTIVITIES**

12  The Supreme Court, under the early years of the John Marshall's tenure as Chief Justice of

13  the United States, offered in its 1803 decision in *Marbury v. Madison* 5 U.S. (1 Cranch) 137

14  (February 24,1803) *that "All laws which are repugnant to the Constitution* are null and void."

15  Laws are not constitutional simply because Congress passed them. If shown to be inconsistent

16  with the Constitution, those laws should no longer be followed.  Should not the same basic

17  principle apply to the actions of the federal government, as well as other constitutional concepts

18  such as eligibility for office?

19  If an unjust law is no law at all, would not an ineligible candidate for office be no

20  candidate at all?

21  The American people and the Constitution they ratified provides the standard for the

22  conduct of the United States Government regarding all of its laws, actions, and if an authority is

23  granted regarding laws and actions in the first place.  If we cannot even follow the proper rules

24  regarding eligibility, are we not embracing all other demonstrably erroneous interpretations of that

25  Constitution once those ineligible people take office?

26

**VI**

27

**GOVERNANCE OF PRECEDENT**

28  In *Gamble v. United States*, No. 17-646, 587 U.S. (June 17, 2019) Supreme Court Justice

-4-

Clarence Thomas wrote a concurring opinion to "address the proper role of stare decisis," the idea that the court should generally follow its prior decisions. While Thomas joined six of his fellow justices in the decision not to overrule precedent, Thomas in his opinion provided a view that "When faced with a demonstrably erroneous precedent, my rule is simple: We should not follow it"

In his argument, Justice Thomas simply wanted to let the Constitution, the real Constitution, be the supreme law of the land.

In 1949, Justice William O. Douglas wrote a Columbia Law Review article stating that "a judge remembers above all else that it is the Constitution which he swore to support and defend, not the gloss which his predecessors may have put on it."

The United States Constitution, and precedents about the Constitution, are not the same thing.

## VII

## NATURAL BORN CITIZEN

The United States Attorney asserts that Defendant has multiple defenses to the Complaint. The first such defense is the Defendant's birth certificate establishes that she "is a 'natural born citizen' within the meaning of the U.S. Constitution". The birth certificate is NOT evidence of their assertion nor have they presented any evidence to support their claim. Further, they have not presented any authority whatsoever for why the definitions put forth by the Supreme Court of the United State of American in the six cases cited in the verified complaint should be disregarded.

## VIII

## ARTICLE III STANDING

It is acknowledged that Plaintiff have had their voting rights disenfranchised or diluted when Defendant sought an office for which she is not eligible. It is argued that Plaintiffs have no greater stake in having the Constitutional provisions abided by than any other United States

citizen.  That provision assumes that if all of the citizens are wronged, then there is no legal

recourse and Defendant's actions are then somehow deemed to be proper.  Article III of the

Constitution does not address the issue of 'standing'.

### IX

### CONCLUSION

The United States of America is not a party in this action and has no standing in it, and on

that basis alone its Ex Parte Application should be disregarded.  Plaintiffs have addressed the

issues raised in the Application and demonstrated them to be without merit.  Accordingly,

Plaintiffs respectfully request that the Court sustain the default and find that there is good cause

for the action.

Executed on  June 3, 2021, at Temecula, California

GEORGE F. X. ROMBACH,  PhD, JD, CPA,
Plaintiff, In Propria Persona  and
and Co-Founder of Constitution Association, Inc.

1 | GEORGE F. X. ROMBACH, PhD, JD, CPA,
2 | 27636 Ynez Road, Suite L-7 #111
   | Temecula, CA 92591
3 | (949) 500-1850
4 | gfxr@yahoo.com
   | *Plaintiffs, In Propria Persona*
5

FILED

JUN 03 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 | CONSTITUTION ASSOCIATION, INC., by
   | its founders,  GEORGE F. X. ROMBACH
13 | and  DOUGLAS V. GIBBS  as well as other
   | officers and members of the Association et. al.
14

15                         Plaintiffs,

16

17                    vs.

18

19 | KAMALA DEVI HARRIS,

20                         Defendant.

21

22

| | |
|---|---|
| Case No.   **20CV2379 TWR BLM** | |

**DECLARATION OF SERVICE**   of the
**RESPONSE TO THE EX PARTE APPLIC
ATION and CAUSE WHY THIS ACTION
SHOULD  NOT  BE DISMISSED**

Person Served:
    Defendant  KAMALA DEVI HARRIS

Date Served:  May  28, 2021

Judge:              Hon. Todd W. Robinson

Department:      Courtroom  3A

Complaint Filed:  December  7, 2020

23 | STATE OF CALIFORNIA        )
24 |                                            )
   | COUNTY OF RIVERSIDE     )
25

26 |     I,  Beau Harley Watson,   a private individual who resides and is employed in the County

27 | of Riverside, State of California, being duly sworn, depose and say:

28 |     I have been duly authorized to make service of the documents listed herein in the above

---

1.
Proof of Service

1  entitled case. I am over the age of eighteen years, and not a party to the within action or otherwise
2  interested in this matter.
3      On June 3, 2021, I served the following pleading described as  **RESPONSE TO THE EX PARTE**
4  **APPLICATION  and  CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**  by
5  placing true copies thereof enclosed in a sealed envelope addressed to the person(s) as follows:
6
7                        Kamala Devi Harris
                        The White House
                        Office of the Vice President
8                        1600 Pennsylvania Avenue, NW
                        Washington, DC  20500
9
                        Randy S. Grossman,
10                        Acting United States Attorney
                        Brett Norris
11                        Assistant U.S. Attorney
                        Office of the U.S. Attorney
12                        880 Front Street,  Room 6293
                        San Diego,  CA  92101
13

14  And by depositing same on that same day in a facility for the collection mail that is regularly
15  maintained by United States Postal Service with postage thereon fully prepaid at Temecula,
16  California. I am aware that on motion of a party served, service is presumed invalid if postal
17  cancellation date or postage meter date is more than one day after the date of deposit for mailing
18  affidavit.
19      I declare under penalty of perjury, under the laws of the United States of America
20  and the State of California that the foregoing is true and correct.
21      Executed on June 3, 2021, at Temecula, California
22
23
24
25
26  Beau Harley Watson,
27
28