# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Todd W. Robinson

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: June 10, 2021 |
|---|---|
| CASE NO. 20-cv-02379-TWR-BLM | DOC FILED BY: George F.X. Rombach |
| CASE TITLE: Constitution Association, Inc. et al v. Harris | |
| DOCUMENT ENTITLED: First Amended Response to the Ex Parte Application and Cause why this Action Should not be Dismissed | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Supplemental documents require court order;

Date Forwarded: June 11, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 11, 2021            CHAMBERS OF: The Honorable Todd W. Robinson

cc: All Parties                By: LC1