# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Todd W. Robinson

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: June 10, 2021 |
|---|---|
| CASE NO. 20-cv-02379-TWR-BLM | DOC FILED BY: George F.X. Rombach |
| CASE TITLE: Constitution Association, Inc. et al v. Harris | |
| DOCUMENT ENTITLED: Request for a Hearing on the Ex Parte Application and Cause Why this Action should not be Dismissed | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Pursuant to the provisions of Civil Local Rule 7.1.b all hearing dates for any motion must be obtained from the law clerk of the judge to whom the case is assigned.

Date Forwarded: June 11, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 11, 2021     CHAMBERS OF: The Honorable Todd W. Robinson

cc: All Parties     By: LC1