DENNIS A. RASMUSSEN (SB # 153479)
*Attorney for Constitution Association, Inc.*
GEORGE F. X. ROMBACH, PhD, JD, CPA,
27636 Ynez Road, Suite L-7 #111
Temecula, CA 92591
(949) 500-1850
gfxr@yahoo.com
*Plaintiffs, In Propria Persona*

**FILED**

Jun 11 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ SuzanneA  DEPUTY

NUNC PRO TUNC
Jun 10 2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | Case No.  20CV2379 TWR BLM<br><br>**REQUEST FOR A HEARING ON THE *EX PARTE* APPLICATION and CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**<br><br>Judge:  Hon. Todd W. Robinson<br>Department:  Courtroom 3A<br>Complaint Filed:  December 7, 2020 |

Plaintiff GEORGE F. X. ROMBACH requests that the Court set a Hearing on the *Ex Parte* Application and Cause Why This Action Should Not Be Dismissed brought government of the United States of America that is not a party to this action.

Dated: June 10, 2021

_____
GEORGE F. X. ROMBACH, PhD, JD, CPA,
Plaintiff, In Propria Persona

1.
Request for Entry of Default Judgement

```
 1  GEORGE F. X. ROMBACH, PhD, JD, CPA,
    27636 Ynez Road, Suite L-7 #111
 2  Temecula, CA  92591
 3  (949) 500-1850
    gfxr@yahoo.com
 4  Plaintiffs, In Propria Persona
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  CONSTITUTION ASSOCIATION, INC., by  )  Case No.   20CV2379 TWR BLM
    its founders, GEORGE F. X. ROMBACH  )
13  and DOUGLAS V. GIBBS as well as other )
    officers and members of the Association et. al. )  DECLARATION OF SERVICE  of the
14                                      )  REQUEST FOR A HEARING ON THE
                                        )  EX PARTE APPLICATION and CAUSE
15            Plaintiffs,                )  WHY THIS ACTION SHOULD NOT BE
                                        )  DISMISSED
16                                      )
                                        )  Person Served:
17        vs.                            )     Defendant KAMALA DEVI HARRIS
                                        )
18                                      )  Date Served:  May 28, 2021
                                        )
19  KAMALA DEVI HARRIS,                  )  Judge:         Hon. Todd W. Robinson
                                        )
20            Defendant.                 )  Department:    Courtroom  3A
                                        )
21  _____ )  Complaint Filed:  December 7, 2020
22
23  STATE OF CALIFORNIA    )
24                         )
    COUNTY OF RIVERSIDE    )
25
26      I, Beau Harley Watson, a private individual who resides and is employed in the County
27  of Riverside, State of California, being duly sworn, depose and say:
28      I have been duly authorized to make service of the documents listed herein in the above
```

entitled case. I am over the age of eighteen years, and not a party to the within action or otherwise interested in this matter.

On June 10, 2021, I served the following pleading described as **REQUEST FOR A HEARING ON THE *EX PARTE* APPLICATION and CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** by placing true copies thereof enclosed in a sealed envelope addressed to the person(s) as follows:

    Kamala Devi Harris
    The White House
    Office of the Vice President
    1600 Pennsylvania Avenue, NW
    Washington, DC 20500

    Randy S. Grossman,
    Acting United States Attorney
    Brett Norris
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    880 Front Street, Room 6293
    San Diego, CA 92101

And by depositing same on that same day in a facility for the collection mail that is regularly maintained by United States Postal Service with postage thereon fully prepaid at Temecula, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit.

I declare under penalty of perjury, under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 10, 2021, at Temecula, California

_____
Beau Harley Watson,

-2-
Proof of Service

| | |
|---|---|
| 1 | DENNIS A. RASMUSSEN (SB # 153479) |
| 2 | *Attorney for Constitution Association , Inc.* |
| | GEORGE F. X. ROMBACH, PhD, JD, CPA, |
| 3 | 27636 Ynez Road, Suite L-7 #111 |
| 4 | Temecula, CA 92591 |
| | (949) 500-1850 |
| 5 | gfxr@yahoo.com |
| 6 | *Plaintiffs, In Propria Persona* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  20CV2379 TWR BLM<br><br>**HEARING SET ON THE *EX PARTE* APPLIC ATION and CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**<br><br>Judge:            Hon. Todd W. Robinson<br><br>Department:   Courtroom 3A<br><br>Complaint Filed: December 7, 2020 |

Hearing on the *Ex Parte* Application and Cause Why This Action Should Not Be Dismissed brought government of the United States of America that is set for the _____ day of _____, 2021.

Dated this _____ day of _____, 2021.

_____
Court

1.
Entry of Default