1  DENNIS A. RASMUSSEN (SB # 153479)
   *Attorney for Constitution Association , Inc.*
2  GEORGE F. X. ROMBACH, PhD, JD, CPA,
3  27636 Ynez Road, Suite L-7 #111
   Temecula, CA  92591
4  (949) 500-1850
5  gfxr@yahoo.com
   *Plaintiffs, In Propria Persona*
6

**FILED**
Jun 11 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ SuzanneA   DEPUTY

NUNC PRO TUNC
Jun 10 2021

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | Case No.   20CV2379 TWR BLM<br><br>**REQUEST FOR RECOGNITION OF CLASS STATUS**<br><br>Judge:   Hon. Todd W. Robinson<br>Department:   Courtroom 3A<br>Complaint Filed:   December 7, 2020 |

Plaintiff GEORGE F. X. ROMBACH requests that the Court recognize class status of this action against defendant KAMALA DEVI HARRIS. In support of this request plaintiff relies upon the Verified Complaint other records.

Dated: June 10, 2021

[signature]

GEORGE F. X. ROMBACH, PhD, JD, CPA,
Plaintiff, In Propria Persona

```
 1  GEORGE F. X. ROMBACH, PhD, JD, CPA,
    27636 Ynez Road, Suite L-7 #111
 2  Temecula, CA  92591
 3  (949) 500-1850
    gfxr@yahoo.com
 4  Plaintiffs, In Propria Persona
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11
```

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | Case No.   20CV2379 TWR BLM<br><br>**DECLARATION OF SERVICE   of the REQUEST FOR RECOGNITION OF CLASS STATUS**<br><br>Person Served:<br>    Defendant  KAMALA DEVI HARRIS<br><br>Date Served:  May 28, 2021<br><br>Judge:            Hon. Todd W. Robinson<br><br>Department:    Courtroom 3A<br><br>Complaint Filed:  December 7, 2020 |

STATE OF CALIFORNIA    )
                       )
COUNTY OF RIVERSIDE    )

    I,  Beau Harley Watson,  a private individual who resides and is employed in the County of Riverside, State of California, being duly sworn, depose and say:

    I have been duly authorized to make service of the documents listed herein in the above

1.

entitled case. I am over the age of eighteen years, and not a party to the within action or otherwise interested in this matter.

On June 10, 2021, I served the following pleading described as **REQUEST FOR RECOGNITION OF CLASS STATUS** by placing true copies thereof enclosed in a sealed envelope addressed to the person(s) as follows:

>Kamala Devi Harris
>The White House
>Office of the Vice President
>1600 Pennsylvania Avenue, NW
>Washington, DC 20500
>
>Randy S. Grossman,
>Acting United States Attorney
>Brett Norris
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>880 Front Street, Room 6293
>San Diego, CA 92101

And by depositing same on that same day in a facility for the collection mail that is regularly maintained by United States Postal Service with postage thereon fully prepaid at Temecula, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit.

I declare under penalty of perjury, under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 10, 2021, at Temecula, California

_____
Beau Harley Watson,

```
 1  DENNIS A. RASMUSSEN (SB # 153479)
    Attorney for Constitution Association, Inc.
 2  GEORGE F. X. ROMBACH, PhD, JD, CPA,
 3  27636 Ynez Road, Suite L-7 #111
    Temecula, CA 92591
 4  (949) 500-1850
 5  gfxr@yahoo.com
    Plaintiffs, In Propria Persona
 6
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | Case No.  20CV2379 TWR BLM<br><br>**RECOGNITION OF CLASS STATUS**<br><br>Judge:        Hon. Todd W. Robinson<br>Department:   Courtroom 3A<br>Complaint Filed:  December 7, 2020 |

The Court recognize class status of this action against defendant KAMALA DEVI HARRIS.

Dated this _____ day of _____, 2021.

_____
Court

1.