| | |
|---|---|
| 1 | RANDY S. GROSSMAN<br>Acting United States Attorney |
| 2 | BRETT NORRIS |
| 3 | Assistant U.S. Attorney<br>California Bar No. 224875 |
| 4 | United States Attorney's Office<br>880 Front Street, Room 6293 |
| 5 | San Diego, CA 92101-8893<br>Telephone: (619) 546-7620 |
| 6 | Facsimile: (619) 546-7751<br>Email: brett.norris@usdoj.gov |
| 7 | Attorneys for<br>UNITED STATES OF AMERICA |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F.X. ROMBACH and DOUGLAS V. GIBBS as well as its vice president DENNIS R. JACKSON, and B. GREEN, R. HANDY, A. HURLEY, R. HVIDSTON, R. KOWELL, H. LEWIS, C. MONGIELLO, R. REISS, L. REYES, J. SCARAFONE, R. SHORT, S. ST. JOHN, L. STUCKY, J. YATES and T. EVANS<br><br>        Plaintiffs,<br><br>    v.<br><br>KAMALA DEVI HARRIS,<br><br>        Defendant. | Case No.: 20-cv-2379-TWR-BLM<br><br>**PROOF OF SERVICE** |

I, Brett Norris, hereby declare as follows:

    I am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

- **REPLY IN SUPPORT OF EX PARTE APPLICATION TO SET ASIDE ENTRY OF DEFAULT**

on the following parties by:

- ■ **U.S. Mail**

**George F.X. Rombach**
27636 Ynez Road
Suite L-7 111
Temecula, CA 92591
(949) 500-1850

**Douglas V. Gibbs**
27636 Ynez Road
Suite L-7 111
Temecula, CA 92591
(949) 500-1850

**Dennis R. Jackson**
27636 Ynez Road
Suite L-7 111
Temecula, CA 92591
(949) 500-1850

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2021

By: <u>s/ Brett Norris</u>
Brett Norris