1  DENNIS A. RASMUSSEN (SB # 153479)
2  *Attorney for Constitution Association , Inc.*
   GEORGE F. X. ROMBACH, PhD, JD, CPA,
3  27636 Ynez Road, Suite L-7 #111
   Temecula, CA 92591
4  (949) 500-1850
5  gfxr@yahoo.com
   *Plaintiffs, In Propria Persona*
6

**FILED**

SEP 2 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⎯⎯ DEPUTY

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12  CONSTITUTION ASSOCIATION, INC., by      **Case No.   20CV2379 TWR BLM**
    its founders,  GEORGE F. X. ROMBACH
13  and DOUGLAS V. GIBBS  as well as other
    officers and members of the Association et. al.   **SUPPLEMENT TO AFFIDAVIT OF**
14                                                     **SERVICE BY CERTIFIED MAIL**

15              Plaintiffs,                Person Served:
                                             Defendant KAMALA DEVI HARRIS
16
                                          Date Served:  March 9, 2021
17          vs.

18

19  KAMALA DEVI HARRIS,                   Judge:          Hon. Todd W. Robinson

20              Defendant.                Department:     Courtroom 3A

21  _____  Complaint Filed: December 7, 2020

22
         Plaintiff  GEORGE F. X. ROMBACH  requests that the court enter this supplement to
23
    the Affidavit of Service by Certified Mail of defendant KAMALA DEVI HARRIS .  In support
24
    of this request plaintiff relies upon the Declaration of George F.X. Rombach in support hereof;
25
    the Affidavit of Service by Certified Mail executed by Louis Gerrick on file herein (Exhibit B);
26
    the United States Postal Service Tracking Intranet Tracking Number Result for article Number
27
    7019 1120 0001 3834 2475, including the facsimile delivery signature and address of the
28

representative of the Defendant, (Exhibit A);  as well as the record in this case.

Dated:  September  24, 2021

GEORGE  F.  X.  ROMBACH,  PhD, JD, CPA,
Plaintiff, In Propria Persona