**DECLARATION**

I, George F.X. Rombach, declare and say:

I am over the age of eighteen years, a Plaintiff in the above-entitled action having filed the COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF to challenge the eligibility of Kamala Devi Harris, an individual who was not then a United States officer or employee, solely in her individual capacity from becoming or serving as Vice President of the United States of America.

Before the election I engaged the services of a process servicer to personally serve the Defendant in that action. After numerous unsuccessful attempts to personally serve Defendant, I decided to utilize the procedures of the COVID-19 service of process protocol and engaged the services of Capitol Process Services, Inc. in that regard. A true and correct copy of the Invoice for those services is attached hereto as Exhibit C and incorporated herein by this reference.

An Affidavit of Service by Certified Mail was prepared by that firm and executed by Louis Gerrick. It had a short form USPS Tracking Results form attached. A true and correct complete copy of the original of the Affidavit of Service, which I filed with this court, is attached hereto as Exhibit B and incorporated herein by this reference.

Representing a non-party to this action, the United States Attorney, in their Ex Parte Application to Set Aside Entry of Default, asserted that "it is unclear whether Plaintiffs actually served . . . the Summons and Complaint" because "Plaintiffs have not produced any return receipt" (green card). Page 3, lines 7 through 10 of the Ex Parte Application.

I initiated attempts to provide the Return Receipt (green card). Representatives of Capitol Process Services, Inc. informed me that none had yet been returned from United States Postal Service and that the receipt of such frequently took many months, which is why they had utilized the official USPS Tracking Results per USPS.com and attached a copy thereof.

1  I then proceeded to the United States Postal Service in my attempts to provide the Return
2  Receipt (green card). The Postal Service provided the USPS Tracking Intranet Tracking Number
3  Result for article Number 7019 1120 0001 3834 2475, including the facsimile delivery signature
4  and address of the representative of the Defendant. A true and correct copy of the report is
5  attached hereto as Exhibit A and incorporated herein by this reference.

6  I declare under penalty of perjury, under the laws of the United States of America, that the
7  above is true and correct and that this declaration was executed this 24th day of September, 2021,
8  at Temecula, California.

_____
George F.X. Rombach

# Exhibit A

# Product Tracking & Reporting

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7019 1120 0001 3834 2475**

Tracking Expires On March 2, 2023

### Destination and Origin

#### Destination

| ZIP Code | City | State |
|---|---|---|
| 20500 | WASHINGTON | DC |

#### Origin

| City | State |
|---|---|
|  |  |

### Tracking Number Classification

#### Class/Service

**Class/Service:** Certified Mail
**Class of Mail Code/Description:** -1 / Unknown

#### Destination Address Information

**Address:**
**City:**
**State:**
**5-Digit ZIP Code:** 20500
**4-Digit ZIP Code add on:** 0003
**Delivery Point Code:** 99

#### Service Delivery Information

**PO Box:** N
**Other Information:** Service Calculation Information

#### Payment

**Weight:** 0 lb(s) 0.00 oz(s)

#### Other Information

**Firm Label ID:** 5103 0SHM 3360 4734 1683

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | |

### Events

| Event | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|

| Event | Event Code | Event Date | Event Time | Location | Input Source | Scanner ID | Carrier Route | Time Created | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, INDIVIDUAL PICKED UP AT POSTAL FACILITY | 01 | 03/09/2021 | 03:13 | WASHINGTON, DC 20500 | Firm Book | IMD 030SHA8167 (non-wireless) | Scanned by route 00000000 | 03/09/2021 03:03:04 | Facility Finance Number: 105010<br>Firm Name: WHITE HOUSE 20500<br>[Request Delivery Record]<br>[View Delivery Signature and Address]<br>Firmbook: 51030SHM336047341683 |
| AVAILABLE FOR PICKUP | 14 | 03/05/2021 | 10:30 | WASHINGTON, DC 20500 | Firm Book | IMD 030SHF1750 (non-wireless) | Scanned by route 00000000 | 03/05/2021 12:49:04 | Firmbook: 51030SHM336047341683 |
| ARRIVAL AT UNIT | 07 | 03/05/2021 | 09:13 | WASHINGTON, DC 20018 | Firm Book | IMD 030SHM3360 (non-wireless) | Scanned by route 00000000 | 03/05/2021 09:28:10 | PC / OF Reason Code<br>OFD Same Day<br>Firmbook: 51030SHM336047341683 |
| IN TRANSIT TO NEXT FACILITY | NT | 03/04/2021 | 18:53 | | System Generated | | | 03/04/2021 18:05:07 | |
| IN TRANSIT TO NEXT FACILITY | NT | 03/03/2021 | 18:53 | | System Generated | | | 03/03/2021 18:06:03 | |
| ENROUTE/PROCESSED | 10 | 03/02/2021 | 08:53 | WASHINGTON, DC 20066 | Scanned | AFSM100-002-1 | | 03/02/2021 08:03:10 | |
| ENROUTE/PROCESSED | 10 | 03/02/2021 | 00:03 | GAITHERSBURG, MD 20898 | Scanned | AFSM100-002-2 | | 03/01/2021 23:08:05 | |

Enter up to 35 items separated by commas.

Select Search Type:     Quick Search  ⌄     [Submit]

Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 7019 1120 0001 3834 2475**

This item was delivered on 03/09/2021 at 03:43:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:   Quick Search   ⌄   [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.2.0.109

**Exhibit B**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Constitution Association, Inc., et al.

Plaintiff(s)

Case No.: 20CV2379 TWR BLM

vs.

Kamala Devi Harris

Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Verified Complaint for Declaratory and Injunctive Relief, Verification of Complaint for Injunctive Relief, and Exhibits to Verified Complaint for Declaratory and Injunctive Relief

SERVE TO: Kamala Devi Harris

SERVICE ADDRESS: The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Per COVID-19 service of process protocol. By mailing the documents listed herein to Kamala Devi Harris at The White House, Office of the Vice President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 02/26/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2475. Service was delivered on 03/09/2021, per USPS.com - USPS Tracking Results attached.

I declare under penalty of perjury that this information is true.

4/6/2021
Executed On

Louis Gerrick

Client Ref Number: N/A
Job #: 1586686

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 441    Summons in a Civil Action

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Constitution Association, Inc., by its founders, George F.X. Rombach and Douglas V. Gibbs as well as its v.p. Dennis R. Jackson, and B. Green, R. Handy, A. Hurley, R. Hvidston, R. Kowell, H. Lewis, C. Mongiello, R. Reiss, L. Reyes, J. Scarafone, R. Short, S. St John, L. Stucky, J. Yates and T. Evans<br>*Plaintiff*<br>V.<br>Kamala Devi Harris<br><br>*Defendant* | Civil Action No. 20CV2379 TWR BLM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 

 

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DENNIS R. JACKSON
27636 Ynez Road, Suite L-7 #111
Temecula, CA 92591
(949) 500-1850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| Date: 12/7/20 |  | John Morrill<br>*CLERK OF COURT*<br>S/        S. Dunbar<br>*Signature of Clerk or Deputy Clerk* |
|---|---|---|

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70191120000138342475

Remove ✕

Your item was picked up at a postal facility at 3:43 am on March 9, 2021 in WASHINGTON, DC 20500.

## ⓥ Delivered, Individual Picked Up at Postal Facility

March 9, 2021 at 3:43 am
WASHINGTON, DC 20500

Get Updates ⌄

---

Text & Email Updates  ⌄

---

Tracking History  ⌄

---

Product Information  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit C

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009         Phone 202 667-0050 -- FAX 202 667-2520
                                                   tfelter@capitolprocess.com

**Due By: 03/28/2021**
Invoice Date: 2/26/2021
Invoice #: 1586686
Job#: 1586686
Client File#: N/A

George Romback, Pro Se
30245 Mira Loma Drive
Temecula, CA 92592-2130

**TOTAL INVOICE AMOUNT DUE**

$0.00

- - - - - -                                                                              - - - - - -

**Job#:** 1586686   **Client Matter #:** N/A      **Recipient:**                          **Date Received:**
**Plaintiff:** Constitution Association, Inc., et al.   Kamala Devi Harris                2/24/2021
**Defendant:** Kamala Devi Harris                 The White House, Office of the Vice     **Completed:**
**Case No.** 20CV2379 TWR BLM                     President, 1600 Pennsylvania Avenue, NW, 2/26/2021
                                                  Washington, DC 20500

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted Service of Process - RUSH - Office closed to the public, must serve by certifed mail | 1 | $100.00 | $100.00 |
| Service of Process via Certified Mail - RUSH | 1 | $0.00 | $0.00 |
| Postage | 1 | $9.45 | $9.45 |
| | | Job Total Due = | $109.45 |
| 2/26/2021   Payment Credit Card #    Visa | | | $-109.45 |
| | | Job Total Recd = | -$109.45 |

**TOTAL INVOICE AMOUNT DUE:**                                                              **$0.00**



Terms: Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731

GEORGE F. X. ROMBACH, PhD, JD, CPA,
27636 Ynez Road, Suite L-7 #111
Temecula, CA 92591
(949) 500-1850
gfxr@yahoo.com
*Plaintiffs, In Propria Persona*

FILED
SEP 2 4 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION, INC., by its founders, GEORGE F. X. ROMBACH and DOUGLAS V. GIBBS as well as other officers and members of the Association et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA DEVI HARRIS,<br><br>Defendant. | Case No.   20CV2379 TWR BLM<br><br>**DECLARATION OF SERVICE** of the **SUPPLEMENT TO AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**<br><br>Person Served:<br>    Defendant KAMALA DEVI HARRIS<br><br>Date Served: March 9, 2021<br><br>Judge:           Hon. Todd W. Robinson<br><br>Department:    Courtroom 3A<br><br>Complaint Filed: December 7, 2020 |

STATE OF CALIFORNIA    )
                                           )
COUNTY OF RIVERSIDE  )

I, Beau Harley Watson, a private individual who resides and is employed in the County of San Diego, State of California, being duly sworn, depose and say:

I have been duly authorized to make service of the documents listed herein in the above

1.
Proof of Service

1 entitled case. I am over the age of eighteen years, and not a party to the within action or otherwise
2 interested in this matter.

3   On September 24, 2021, I served the following pleading described as **SUPPLEMENT TO**
4 **AFFIDAVIT OF SERVICE BY CERTIFIED MAIL** by placing true copies thereof enclosed
5 in a sealed envelope addressed to the person(s) as follows:

> Kamala Devi Harris
> The White House
> Office of the Vice President
> 1600 Pennsylvania Avenue, NW
> Washington, DC  20500
>
> Randy S. Grossman,
> Acting United States Attorney
> Brett Norris
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> 880 Front Street, Room 6293
> San Diego, CA  92101

14 And by depositing same on that same day in a facility for the collection mail that is regularly
15 maintained by United States Postal Service with postage thereon fully prepaid at Temecula,
16 California. I am aware that on motion of a party served, service is presumed invalid if postal
17 cancellation date or postage meter date is more than one day after the date of deposit for mailing
18 affidavit.

19   I declare under penalty of perjury, under the laws of the United States of America
20 and the State of California that the foregoing is true and correct.

21   Executed on September 24, 2021, at Temecula, California

_____
Beau Harley Watson,