UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTITUTION ASSOCIATION INC., by its founders, GEORGE F.X. ROMBACH and DOUGLAS V. GIBBS as well as its vice president DENNIS R. JACKSON, and B. GREEN, R. HANDY, A. HURLEY, R. HVIDSTON, R. KOWELL, H. LEWIS, C. MONGIELLO, R. REISS, L. REYES, J. SCARAFONE, R. SHORT, S. ST. JOHN, L. STUCKY, J. YATES and T. EVANS,<br><br>         Plaintiffs,<br><br>v.<br><br>KAMALA DEVI HARRIS,<br><br>         Defendant. | Case No.: 20-CV-2379 TWR (BLM)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 6) |

On September 28, 2021, the Court *sua sponte* dismissed Plaintiffs' Complaint for lack of subject-matter jurisdiction and granted Plaintiffs leave to file an amended complaint curing the identified jurisdictional deficiencies on or before October 28, 2021. (*See generally* ECF No. 18.) The Court specifically cautioned Plaintiffs that, "*[i]f Plaintiffs fail timely to file an amended complaint, the Court will order the Clerk to close this case*." (*See*

1  *id.* at 7 (emphasis in original).)  As of the date of this Order, Plaintiffs have failed to file
2  an amended complaint.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE**
3  this action and **DIRECTS** the Clerk of Court to close the file.

4        **IT IS SO ORDERED.**

6  Dated:  November 4, 2021

                                                    *[signature]*
                                    Honorable Todd W. Robinson
                                    United States District Court