

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Constitution Association, Inc. by its founders; (see attachment) | Civil Action No. 20-cv-02379-TWR-BLM |
| **Plaintiff,** | |
| V. | |
| Kamala Devi Harris | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this action without prejudice.

Date: 11/5/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen
J. Petersen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 20CV2379-TWR-BLM

CONSTITUTION ASSOCIATION INC.,
by its founders, GEORGE F.X.
ROMBACH and DOUGLAS V. GIBBS
as well as its vice president DENNIS R.
JACKSON, and B. GREEN, R. HANDY,
A. HURLEY, R. HVIDSTON, R.
KOWELL, H. LEWIS, C. MONGIELLO,
R. REISS, L. REYES, J. SCARAFONE,
R. SHORT, S. ST. JOHN, L. STUCKY, J.
YATES and T. EVANS

_____
               Plaintiffs,

               V.

KAMALA DEVI HARRIS

_____
               Defendants